1   LYNN H. PASAHOW (CSB No. 054283)
    MICHAEL J. SHUSTER (CSB No. 191611)
2   PATRICK E. PREMO (CSB No. 184915)
    WENDY BJERKNES (CSB No. 197416)
3   FENWICK & WEST LLP
    Silicon Valley Center, 801 California Street
4   Mountain View, CA  94041
    Telephone: (650) 988-8500
5   Facsimile:   (650) 938-5200

6   JAMES E. HOLST (CSB No. 34654)
    P. MARTIN SIMPSON (CSB No. 122867)
7   UNIVERSITY OF CALIFORNIA
    1111 Franklin Street, 8th Floor
8   Oakland, CA  94607
    Telephone: (510) 987-9800
9   Facsimile:   (510) 987-9757

10  Attorneys for Plaintiff / Counterdefendant
    THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

11
                    UNITED STATES DISTRICT COURT
12
                 NORTHERN DISTRICT OF CALIFORNIA
13

14  THE REGENTS OF THE UNIVERSITY OF        Case No. C 03 05669 JW (RS)
15  CALIFORNIA, a California corporation,
                                            **STIPULATION AND [~~PROPOSED~~]
16                      Plaintiff,          ORDER TO CONTINUE CASE
                                            MANAGEMENT CONFERENCE**
17          v.                              **[CIV. L.R. 6-2]**

18  MICRO THERAPEUTICS, INC., a Delaware
    corporation, and DENDRON GmbH, a German
19  corporation,

20                      Defendants.

21  MICRO THERAPEUTICS, INC., a Delaware
    corporation, and DENDRON GmbH, a German
22  corporation,

23                      Third Party Plaintiffs,

24          v.

25  BOSTON SCIENTIFIC CORPORATION, a
    Delaware corporation, and TARGET
26  THERAPEUTICS, INC., a Delaware
    corporation,
27
                        Third Party Defendants.
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

IT IS SO ORDERED

Judge James Ware

1    Pursuant to Civil Local Rule 6-2, Plaintiff and Cross-Complainant The Regents of the

2  University of California ("The Regents") hereby respectfully requests an order extending by one

3  week the dates associated with the Case Management Conference that were set in the August 25,

4  2005 ORDER FOLLOWING CLAIMS CONSTRUCTION HEARING:  SETTING CASE MANAGEMENT

5  CONFERENCE ("Scheduling Order").  Defendants, Cross-Complainants, and Third Party Plaintiffs

6  Micro Therapeutics, Inc., and Dendron and Third Party Defendants Boston Scientific Corporation

7  and Target Therapeutics, Inc., have stipulated to The Regents' request.

8    The reason for the request is due to the fact that lead counsel for The Regents will be out

9  on family leave and will be unable to attend or otherwise participate in the Case Management

10  Conference currently scheduled for September 26.  *See* accompanying Declaration of Lynn H.

11  Pasahow ("Pashaow Decl.") ¶ 3.  Since the parties will be discussing further claim construction,

12  briefing and hearing dates for summary judgment motions, and other pretrial deadlines, it is crucial

13  that lead counsel be present for the conference.

14    The parties have made no previous request to change the date of the Case Management

15  Conference.  *Id.* at 4.  The Court has not set a trial date; no other deadlines will be affected by this

16  request.  *Id.*

17    **IT IS HEREBY STIPULATED AND AGREED** the Case Management Conference will be

18  continued from September 26, 2005 until October 3, 2005, or other later date according to the

19  Court's calendar, with the parties' joint case management conference statement filed no later than

20  September 19, 2005.

21  **IT IS SO STIPULATED.**

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

## ATTESTATION

2          Concurrence in the filing of this document has been obtained from the other signatory.

3

4     DATED:  August 31, 2005                By:      /s/ Patrick E. Premo

5
                                            FENWICK & WEST LLP
6                                           Lynn H. Pasahow (Bar No. 054283)
                                            Michael J. Shuster (Bar No. 191611)
7                                           Patrick E. Premo (Bar No. 184915)
                                            Wendy Bjerknes (Bar No. 197416)
8                                           Silicon Valley Center, 801 California Street
                                            Mountain View, CA  94041
9                                           Telephone:  (650) 988-8500

10
                                            Attorneys for Plaintiff/Counterclaim Defendant
11                                          THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

12    DATED:  August 31, 2005                By:      /s/ Michelle Umberger

13                                          HELLER EHRMAN WHITE & McAULIFFE LLP
                                            Michael K. Plimack (Bar No. 133869)
14                                          John S. Skilton (*Pro Hac Vice*)
                                            Charles G. Curtis, Jr. (*Pro Hac Vice*)
15                                          Michelle Umberger (*Pro Hac Vice*)
                                            Gabrielle E. Bina (*Pro Hac Vice*)
16                                          Sarah C. Walkenhorst (*Pro Hac Vice*)
                                            One East Main Street, Suite 102
17                                          Madison, WI  53703
                                            Telephone (608) 663-7460
18

19                                          HELLER EHRMAN WHITE & McAULIFFE LLP
                                            Michael K. Plimack (Bar No. 133869)
20                                          333 Bush Street
                                            San Francisco, CA  94104-2878
21                                          Telephone:  (415) 772-6000

22
                                            HELLER EHRMAN WHITE & McAULIFFE LLP
23                                          Colin G. Sandercock (*Pro Hac Vice*)
                                            Marvin A. Motsenbocker (*Pro Hac Vice*)
24                                          1666 K Street, N.W., Suite 300
                                            Washington, D.C.  20006
25                                          Telephone:  (202) 912-2000

26
                                            Attorneys for Defendants and Counterclaim and Third
27                                          Party Plaintiffs
                                            MICRO THERAPEUTICS, INC. AND DENDRON GMBH
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

Dated:  August 31, 2005          By:        /s/ Michael F. Kelleher

2
                                           Michael F. Kelleher (SB 165493)
                                           Julie L. Fieber (SBN 202857)
3
                                           FOLGER LEVIN & KAHN LLP
                                           Embarcadero Center West
4
                                           275 Battery Street, 23rd Floor
5                                          San Francisco, California 94111
                                           Telephone:  (415) 986-2800
6                                          Facsimile:  (415) 986-2827

7

8      Dated:  August 31, 2005          By:        /s/ Roland H. Schwillinski

9                                          J. Anthony Downs (*Pro Hac Vice*)
                                           Roland H. Schwillinski (*Pro Hac Vice*)
10                                         GOODWIN PROCTER LLP
                                           Exchange Place
11                                         Boston, Massachusetts 02109-2881
                                           Telephone:  (617) 570-1000
12                                         Facsimile:  (617) 523-1231

13
                                           Attorneys for Third Party Defendants
14                                         BOSTON SCIENTIFIC AND TARGET THERAPEUTICS, INC.

15                                              **ORDER**

16

17             **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19     Dated:  _Sept. 02_____, 2005        /s/ James Ware
20                                                 The Honorable James Ware
                                                   United States District Judge
21

22

23

24

25

26

27

28                                                                   *1236547*

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW