FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (SB#165493)
Julie L. Fieber (SB#202857)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Fax: (415) 986-2827

GOODWIN PROCTER LLP
J. Anthony Downs (*Pro Hac Vice*)
Russell W. Binns Jr. (*Pro Hac Vice*)
Roland H. Schwillinski (*Pro Hac Vice*)
Exchange Place
Boston, MA 02109-2881
Telephone: (617) 570-1000
Fax: (617) 523-1231

Attorneys for Plaintiffs
BOSTON SCIENTIFIC CORP.
and TARGET THERAPEUTICS, INC.

IT IS SO ORDERED
[signature] Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE OFFICE

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA<br><br>Plaintiff,<br><br>v.<br><br>MICRO THERAPEUTICS, INC. and DENDRON GmbH<br><br>Defendants and Third Party Plaintiffs<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC.<br><br>Third Party Defendants. | Case No. C03-05669-JW<br><br>STIPULATED REQUEST FOR TELEPHONIC APPEARANCE AND ORDER |

**STIPULATED REQUEST FOR TELEPHONIC APPEARANCE AND ORDER – CASE NO. C03 05669 JW**

Pursuant to Civil Local Rule 7-1, Third Party Defendants Target Therapeutics, Inc. ("Target") and Boston Scientific Corporation ("BSC"), Plaintiff UC Regents, and Defendants and Third Party Plaintiffs Dendron GMBH and Microtherapeutics, Inc., by and through their attorneys of record, hereby stipulate as follows:

WHEREAS at the Case Management Conference scheduled for October 3, 2005 at 10:00 a.m., Third Party Defendants BSC and Target request that their counsel, Roland Schwillinski, be allowed to participate by telephone.

WHEREAS Mr. Schwillinski works in Boston, and Respondents wish to avoid the disruption and expense that would result from requiring his travel to California to appear at the hearing on October 3, 2005;

WHEREAS counsel for Plaintiff and Defendants intend to appear in person at the October 3, 2005, hearing, but do not object to allowing Mr. Schwillinski to make a telephonic appearance at the hearing;

THEREFORE, IT IS STIPULATED as follows:

To petition the Court to allow Roland Schwillinski to appear telephonically at the October 3, 2005 case management conference hearing.

DATED: September 28, 2005                    By: _____/s Michael Kelleher_____

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (SB#165493)
Julie L. Fieber (SB#202857)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Fax: (415) 986-2827

GOODWIN PROCTER LLP
Roland H. Schwillinski *(Pro Hac Vice)*
Exchange Place
Boston, Massachusetts 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231
Attorneys for Respondents
TARGET THERAPEUTICS, INC., ERIK T. ENGELSON, and IVAN SEPETKA

| | | |
|---|---|---|
| DATED: September 28, 2005 | By: | /s Patrick Premo |

FENWICK & WEST LLP
Lynn H. Pasahow (Bar No. 054283)
Patrick E. Premo (Bar No. 184915)
Anjali Kumar (Bar No. 227075)
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 335-7460
Fax: (650) 663-7499

Attorneys for Plaintiff and Counterdefendant
The Regents of the University of California

DATED: September 28, 2005          By: _____/s Michelle Umberger_____

HELLER EHRMAN WHITE & MCAULIFFE LLP
Michael K. Plimack (Bar No. 133869)
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Fax: (415) 772-6268

HELLER EHRMAN WHITE & MCAULIFFE LLP
John S. Skilton
Michelle Umberger
One East Main Street, Suite 201
Madison, WI 53703
Telephone: (608) 663-7460
Fax: (608) 663-7499

Attorneys for Defendants and Third Party Plaintiffs
DENDRON GmbH, *et al.*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 9/29/05                           _____/s/ James Ware_____

Honorable James Ware
United States District Court Judge
Northern District of California

15076\2003\461219.1

3  **STIPULATED REQUEST FOR TELEPHONIC APPEARANCE AND ORDER – CASE NO. C03 05669 JW**