**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9        SAN JOSE DIVISION

10

11    The Regents of the University of California,          NO. C 03-05669 JW

12
              Plaintiff,

13
              v.                                            **ORDER SETTING HEARING  ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**
14
      Micro Therapeutics Inc., et al.,

15
              Defendants.

16
      _____/
17

18        On November 22, 2005, this Court will hear the parties' cross-motions for summary judgment

19    regarding inequitable conduct.  The deadlines for the parties' submissions are as pursuant to the Local

20    Rules.  The parties shall submit chambers copies of their original motions in addition to their

21    supplemental briefing.

22

23    Dated: October 5, 2005                               /s/ James Ware
      03eciv5669hearing                                    JAMES WARE
24                                                         United States District Judge

25

26

27

28

**United States District Court**

For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Charles G. Curtis ccurtis@hewm.com
   Chien-Ju Alice Chen achen@Fenwick.Com
3  Christopher T. Holding cholding@goodwinprocter.com
   Colin G. Sandercock csandercock@hewm.com
4  David J. Harth dharth@hewm.com
   Gabrielle E. Bina gbina@hewm.com
5  J. Anthony Downs jdowns@goodwinprocter.com
   John S. Skilton jskilton@hewm.com
6  Julie Lynn Fieber jfieber@flk.com
   Lynn H. Pasahow lpasahow@fenwick.com
7  Michael Francis Kelleher mkelleher@flk.com
   Michael J. Shuster mshuster@fenwick.com
8  Michael K. Plimack mplimack@hewm.com
   Michelle M. Umberger mumberger@hewm.com
9  Patrick E. Premo ppremo@fenwick.com
   Roland  Schwillinski rschwillinski@goodwinprocter.com
10 Sarah C. Walkenhorst swalkenhorst@hewm.com
   Wendy Lynn Bjerknes Wbjerknes@fenwick.com

11

   James E. Holst
12 University of California
   1111 Franklin St., 8th Floor
13 Oakland,  CA 94607-5200

14 P. Martin Simpson
   University of California
15 1111 Franklin Street, 8th Floor
   Oakland,  CA 94607

16

17 **Dated:  October 5, 2005**                    **Richard W. Wieking, Clerk**

18
                                                  **By:__/s/ JW Chambers_____**
19                                                    **Ronald L. Davis**
                                                      **Courtroom Deputy**
20

21

22

23

24

25

26

27

28