IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Regents of the University of California, | NO. C 03-05669 JW |
| Plaintiff, | **ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT.** |
| v. | |
| Micro Therapeutics Inc., et al., | |
| Defendants. | |

On October 5, 2005, this Court issued an Order Setting Hearing on Cross-Motions for Summary Judgment (Docket No. 278). It has come to the Court's attention that the schedule listed in the Order is incomplete. Accordingly, the parties are ordered to comply with the following schedule: Defendants' motion for summary judgment shall be filed on or before October 17, 2005. Plaintiff's cross-motion for summary judgment and opposition to Defendants' motion shall be filed by November 3, 2005. Defendants' reply to Plaintiff's opposition and opposition to Plaintiff's cross-motion shall be filed by November 17, 2005. Plaintiff's reply to Defendants' opposition shall be filed by November 24, 2005. The hearing on the cross-motions currently scheduled for November 22, 2005 is continued to December 12, 2005 at 9:00 a.m.

Dated: October 7, 2005         /s/ James Ware
03cv5669ctdhearing                JAMES WARE
                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles G. Curtis ccurtis@hewm.com
Chien-Ju Alice Chen achen@Fenwick.Com
Christopher T. Holding cholding@goodwinprocter.com
Colin G. Sandercock csandercock@hewm.com
David J. Harth dharth@hewm.com
Gabrielle E. Bina gbina@hewm.com
J. Anthony Downs jdowns@goodwinprocter.com
John S. Skilton jskilton@hewm.com
John S. Skilton jskilton@hewm.com
Julie Lynn Fieber jfieber@flk.com
Lynn H. Pasahow lpasahow@fenwick.com
Michael Francis Kelleher mkelleher@flk.com
Michael J. Shuster mshuster@fenwick.com
Michael K. Plimack mplimack@hewm.com
Michelle M. Umberger mumberger@hewm.com
Patrick E. Premo ppremo@fenwick.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Sarah C. Walkenhorst swalkenhorst@hewm.com
Wendy Lynn Bjerknes Wbjerknes@fenwick.com

James E. Holst
University of California
1111 Franklin St., 8th Floor
Oakland, CA 94607-5200

P. Martin Simpson
University of California
1111 Franklin Street, 8th Floor
Oakland, CA 94607

**Dated: October 7, 2005**                    **Richard W. Wieking, Clerk**

                                              **By:_/s/ JW Chambers_____**
                                              **Ronald L. Davis**
                                              **Courtroom Deputy**