LYNN H. PASAHOW (CSB No. 054283)
MICHAEL J. SHUSTER (CSB No. 191611)
PATRICK E. PREMO (CSB No. 184915)
WENDY BJERKNES (CSB No. 197416)
C. J. ALICE CHEN (CSB No. 228556)
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

JAMES E. HOLST (CSB No. 34654)
P. MARTIN SIMPSON (CSB No. 122867)
UNIVERSITY OF CALIFORNIA
1111 Franklin Street, 8th Floor
Oakland, CA 94607
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

Attorneys for Plaintiff / Counterdefendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>Defendants.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON, GmbH, a German corporation,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC., a Delaware corporation,<br><br>Third Party Defendants. | Case No. C 03 05669 JW (RS)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONFIRMING OR OTHERWISE CHANGING TIME**<br><br>**[CIV. L.R. 6-2]** |

Pursuant to the Order Continuing Hearing on Cross-Motions for Summary Judgment, dated 10/7/05 (Dkt. Entry 279), The Regents of the University of California ("The Regents") is scheduled to file its 'Supplemental Reply in Support of The Regents of the University of California's Motion for Summary Judgment of No Inequitable Conduct' ("The Regents' Supplemental Reply") on Thanksgiving Day, November 24, 2005. Since the Court is closed both Thursday, November 24, 2005 and Friday, November 25, 2005, The Regents believes, pursuant to Federal Rule of Civil Procedure 6, that the actual due date is Monday, November 28, 2005. Moreover, November 28, 2005 would otherwise be the due date pursuant to the Local Rules, since it is 14 days before the scheduled hearing date of December 12, 2005. CIV. L.R. 7-3(c). Therefore, The Regents respectfully requests an Order confirming or otherwise changing the due date for The Regents' Supplemental Reply to November 28, 2005. This would not affect any other case dates.

IT IS HEREBY STIPULATED THAT The Regents shall have until November 28, 2005 to file and serve The Regents' Supplemental Reply:

DATED: Nov. 11, 2005          By:     /s/ Wendy Bjerknes

FENWICK & WEST LLP

Attorneys for Plaintiff/Counterclaim Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

DATED: Nov. 11, 2005          By:     /s/ Michelle Umberger

HELLER EHRMAN WHITE & McAULIFFE LLP

Attorneys for Defendants/Counterclaimants
MICRO THERAPEUTICS, INC. AND DENDRON GMBH

DATED: Nov. 11, 2005          By:     /s/ Roland H. Schwillinski

GOODWIN PROCTER LLP

Attorneys for Third Party Defendants
Boston Scientific and Target Therapeutics, Inc.

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED THAT The Regents shall have until November 28, 2005 to file The Regents' Supplemental Reply.

DATED: November 18, 2005          /s/ James Ware
                                  Honorable James Ware

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION          - 1 -          CASE NO. C 03 05669 JW (RS)
TO CONTINUE CASE MANAGEMENT CONFERENCE