LYNN H. PASAHOW (CSB No. 054283)
MICHAEL J. SHUSTER (CSB No. 191611)
PATRICK E. PREMO (CSB No. 184915)
WENDY BJERKNES (CSB No. 197416)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

JAMES E. HOLST (CSB No. 34654)
P. MARTIN SIMPSON (CSB No. 122867)
UNIVERSITY OF CALIFORNIA
1111 Franklin Street, 8th Floor
Oakland, CA 94607
Telephone:   (510) 987-9800
Facsimile:    (510) 987-9757

Attorneys for Plaintiff / Counterdefendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>    Defendants.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>    Third Party Plaintiffs,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC., a Delaware corporation,<br><br>    Third Party Defendants. | Case No. C 03 05669 JW (RS)<br>**ORDER REGARDING MOTION FOR ADMINISTRATIVE RELIEF TO SUPPLEMENT THE RECORD IN SUPPORT OF PENDING CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

[PROPOSED] ORDER RE MOTION FOR ADM.
RELIEF BY PLAINTIFF TO SUPPLEMENT THE
RECORD ISO PENDING CROSS-MOTIONS

CASE NO. C-03-05669 JW (RS)

1  IT IS HEREBY ORDERED THAT The Regents' motion for administrative relief to
2  supplement the record in support of pending cross-motions for summary judgment is
3  GRANTED.
4
5  DATED: **Jan. 24,** 2006

   _____
   Honorable James Ware
6  United States District Judge
7
8
9  1243028