FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (SB#165493)
Julie L. Fieber (SB#202857)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Fax: (415) 986-2827

GOODWIN PROCTER LLP
J. Anthony Downs (*Pro Hac Vice*)
Roland H. Schwillinski (*Pro Hac Vice*)
Christopher T. Holding (*Pro Hac Vice*)
Exchange Place
Boston, Massachusetts 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231

Attorneys for Plaintiffs
BOSTON SCIENTIFIC CORP.
and TARGET THERAPEUTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation<br><br>Plaintiff,<br><br>v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>Defendants and Third Party Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation and TARGET THERAPEUTICS, INC., a Delaware corporation,<br><br>Third Party Defendants. | Case No.: C03-05669-JW (RS)<br><br>**STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: February 27, 2006<br>Time: 9:00 a.m.<br>Place: Courtroom of the Hon. Judge Ware |

Pursuant to Civil Local Rules 7-10(b) and 7-11, Third Party Defendants Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific") hereby request an order permitting the following documents to be filed under seal because Boston Scientific has designated information contained in the documents as confidential: Exhibits A-I to the Declaration of Amanda M. Kessel In Support of Reply in Further Support of Third Party Defendants Boston Scientific's and Target Therapeutics' Motion for Leave to Amend Answer.

Counsel for Microtherapeutics Inc. and Dendron GmbH has reviewed this stipulated request and, based upon Boston Scientific's counsel's representations as to the confidentiality of Exhibits A-I (which have not been identified for or disclosed to counsel for MTI),does not object to it.

DATED: February 13, 2006

BOSTON SCIENTIFIC CORP.
and TARGET THERAPEUTICS, INC.

By: _____/s/_____

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (SB#165493)
Julie L. Fieber (SB#202857)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Fax: (415) 986-2827

J. Anthony Downs (*Pro Hac Vice*)
Roland H. Schwillinski (*Pro Hac Vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231

| | |
|---|---|
| 1 | MICRO THERAPEUTICS, INC. and |
| 2 | DENDRON GmbH |
| 3 | HELLER EHRMAN LLP |
|   | John S. Skilton |
| 4 | David J. Harth |
|   | Michelle M. Umberger |
| 5 | One East Main Street, Suite 201 |
|   | Madison, WI  53703 |
| 6 | Telephone:  (608) 63-7460 |
|   | Fax:  (608) 663-7499 |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MICRO THERAPEUTICS, INC. and DENDRON GmbH<br>　　Defendants and Third Party Plaintiffs<br><br>　　v.<br><br>BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC.<br>　　　　　Third Party Defendants. | Case No.: C03-5669-JW (RS)<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL |

Pursuant to stipulation, IT IS SO ORDERED

Dated: Feb. 14, 2006

_____
Hon. James Ware
United States District Judge
Northern District of California

IT IS SO ORDERED
Judge James Ware

LIBA/1675423.1