1  FOLGER LEVIN & KAHN LLP
   Michael F. Kelleher (SB#165493)
2  Julie L. Fieber (SB#202857)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: (415) 986-2800
   Fax: (415) 986-2827
5
   GOODWIN PROCTER LLP
6  J. Anthony Downs (*Pro Hac Vice*)
   Roland H. Schwillinski (*Pro Hac Vice*)
7  Exchange Place
   Boston, MA 02109-2881
8  Telephone: (617) 570-1000
   Fax: (617) 523-1231
9
   Attorneys for Plaintiffs
10 BOSTON SCIENTIFIC CORP.
   and TARGET THERAPEUTICS, INC.

*IT IS SO ORDERED*
*[signature]*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE OFFICE

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA<br><br>                              Plaintiff,<br><br>      v.<br><br>MICRO THERAPEUTICS, INC. and DENDRON GmbH<br><br>      Defendants and Third Party Plaintiffs<br><br>      v.<br><br>BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC.<br><br>              Third Party Defendants. | Case No. C03-05669-JW<br><br>STIPULATED REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER |

STIPULATED REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER – CASE NO. C03 05669 JW

1     Pursuant to Civil Local Rule 7-1, Third Party Defendants Target Therapeutics, Inc. ("Target") and Boston Scientific Corporation ("BSC"), Plaintiff UC Regents, and Defendants and Third Party Plaintiffs Dendron GMBH and Microtherapeutics, Inc., by and through their attorneys of record, hereby stipulate as follows:

    WHEREAS at the Case Management Conference scheduled for May 22, 2006 at 10:00 a.m., Third Party Defendants BSC and Target request that their counsel, Roland Schwillinski, be allowed to participate by telephone.

    WHEREAS Mr. Schwillinski works in Boston, and Boston Scientific wishes to avoid the disruption and expense that would result from requiring his travel to California to appear at the hearing on May 22, 2006;

    WHEREAS counsel for Plaintiff and Defendants intend to appear in person at the May 22 hearing, but do not object to allowing Mr. Schwillinski to make a telephonic appearance at the hearing;

    THEREFORE, IT IS STIPULATED as follows:

    To petition the Court to allow Roland Schwillinski to appear telephonically at the May 22, 2006 case management conference hearing.

DATED:   April ___, 2006          By:   _____/s Michael Kelleher_____

    FOLGER LEVIN & KAHN LLP
    Michael F. Kelleher (SB#165493)
    Julie L. Fieber (SB#202857)
    Embarcadero Center West
    275 Battery Street, 23rd Floor
    San Francisco, CA  94111
    Telephone:  (415) 986-2800
    Fax:  (415) 986-2827

    GOODWIN PROCTER LLP
    Roland H. Schwillinski *(Pro Hac Vice)*
    Exchange Place
    Boston, Massachusetts 02109-2881
    Tel: (617) 570-1000
    Fax: (617) 523-1231
    Attorneys for Respondents
    TARGET THERAPEUTICS, INC., ERIK T. ENGELSON, and IVAN SEPETKA

| | | |
|---|---|---|
| 1 | DATED: April ___, 2006 | By: _____/s Patrick Premo_____ |
| | | FENWICK & WEST LLP |
| | | Lynn H. Pasahow (Bar No. 054283) |
| | | Patrick E. Premo (Bar No. 184915) |
| | | Anjali Kumar (Bar No. 227075) |
| | | Silicon Valley Center |
| | | 801 California Street |
| | | Mountain View, CA 94041 |
| | | Telephone:  (650) 335-7460 |
| | | Fax:  (650) 663-7499 |
| | | |
| | | Attorneys for Plaintiff and Counterdefendant |
| | | The Regents of the University of California |

DATED: April ___ 2006          By: _____/s Michelle Umberger_____
                                HELLER EHRMAN WHITE & MCAULIFFE LLP
                                Michael K. Plimack (Bar No. 133869)
                                333 Bush Street
                                San Francisco, CA  94104-2878
                                Telephone:  (415) 772-6000
                                Fax:  (415) 772-6268

                                HELLER EHRMAN WHITE & MCAULIFFE LLP
                                John S. Skilton
                                Michelle Umberger
                                One East Main Street, Suite 201
                                Madison, WI 53703
                                Telephone:  (608) 663-7460
                                Fax: (608) 663-7499
                                Attorneys for Defendants and Third Party Plaintiffs
                                DENDRON GmbH, *et al.*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 04/20/06                  _____
                                Honorable James Ware
                                United States District Court Judge
                                Northern District of California