**\*E-FILED 5/11/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICRO THERAPEUTICS, INC., et al,<br><br>    Defendants. | NO. C 03 05669 JW (RS)<br><br>**ORDER RE PRODUCTION OF PTO MATERIALS** |

Before the Court is defendants' motion for an order that would require plaintiff to produce copies of materials it sends to or receives from the United States Patent and Trademark Office in connection with certain proceedings within two business days of the time such materials are sent from or received by the office of plaintiff's counsel. Oral argument was heard on May 10, 2006.

Although plaintiff is correct that neither the Rules nor case law requires supplemental production within any specific time frame, and even though there is no evidence that plaintiff's prior practice regarding supplemental productions was contrary to the discovery rules, the Court has inherent authority to order such prophylactic measures as may be appropriate to ensure that the discovery process functions smoothly and to minimize the potential for subsequent disputes. Under all of the circumstances here, including the narrow and specific category of materials at issue, their particular nature, and the circumstances under which they are generated, plaintiff will be ordered to

1  produce any such additional materials within two weeks of the time they are sent from or received in
2  the offices of plaintiffs' counsel.

4  IT IS SO ORDERED.
5  Dated: May 11, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER RE PRODUCTION OF PTO MATERIALS
C 03 05669 JW (RS)
2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Gabrielle E. Bina    gbina@hewm.com,

Wendy Lynn Bjerknes    Wbjerknes@fenwick.com,

Chien-Ju Alice Chen    achen@Fenwick.Com

Charles G. Curtis , Jr    ccurtis@hewm.com,

J. Anthony Downs    jdowns@goodwinprocter.com,

Julie Lynn Fieber    jfieber@flk.com

David J. Harth    dharth@hewm.com, pdean@hewm.com; tgresl@hewm.com; tanders@hewm.com; gbina@hewm.com; ccurtis@hewm.com

Michael Francis Kelleher    mkelleher@flk.com,

Amanda Marie Kessel    akessel@goodwinprocter.com

Lynn H. Pasahow    lpasahow@fenwick.com

Michael K. Plimack    mplimack@hewm.com

Patrick E. Premo    ppremo@fenwick.com

Colin G. Sandercock    csandercock@proskauer.com, cherron@proskauer.com

Roland Schwillinski    rschwillinski@goodwinprocter.com,

Michael J. Shuster    mshuster@fenwick.com

John S. Skilton    jskilton@hewm.com, Lissa.Koop@hellerehrman.com

Michelle M. Umberger    mumberger@hewm.com, zseyferth@hewm.com

Sarah C. Walkenhorst    swalkenhorst@hewm.com,

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: May 11, 2006**                                                    **Chambers of Judge Richard Seeborg**

                                                                            **By:    /s/    BAK**

ORDER RE PRODUCTION OF PTO MATERIALS
C 03 05669 JW (RS)

3