United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Regents of the University of California,<br><br>    Plaintiff,<br><br>    v.<br><br>Micro Therapeutics Inc., et al.,<br><br>    Defendants,<br>    Third Party Plaintiffs<br><br>    v.<br><br>Boston Scientific Corp., et al.,<br><br>    Third Party Defendants<br>_____/ | NO. C 03-05669 JW<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

On May 22, 2006, the Court conducted a case management conference. In light of the statements made by the parties during the conference, the Court Orders the following:

1. A technical advisor shall be appointed to this case. The Court will issue a separate order with respect to this appointment.

2. The parties shall meet and confer regarding further claims construction and interim case management conferences dates. The parties shall file their proposed order to the Court no later than 15 days from the date of this Order.

3. The parties shall meet and confer and compose a chart with all the patents-in-suit and their statuses, i.e., reexamination with the USPTO, further claim construction, etc. The parties shall lodge this chart with the Court no later than 10 days before the first interim case management conference date.

4. Neither party may file motions for summary judgment without permission of the Court or after a case management conference with the Court.

5. The Court sets the following weeks for trial:

>   June 5 - 8, 2007
>   June 12 - 15, 2007
>   June 19 - 22, 2007
>   June 26 - June 29, 2007

The trial shall end before July 4, 2007.

Dated: May 26, 2006

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Charles G. Curtis ccurtis@hewm.com
Chien-Ju Alice Chen achen@Fenwick.Com
Christopher T. Holding cholding@goodwinprocter.com
Colin G. Sandercock csandercock@hewm.com
David J. Harth dharth@hewm.com
Gabrielle E. Bina gbina@hewm.com
J. Anthony Downs jdowns@goodwinprocter.com
John S. Skilton jskilton@hewm.com
John S. Skilton jskilton@hewm.com
Julie Lynn Fieber jfieber@flk.com
Lynn H. Pasahow lpasahow@fenwick.com
Michael Francis Kelleher mkelleher@flk.com
Michael J. Shuster mshuster@fenwick.com
Michael K. Plimack mplimack@hewm.com
Michelle M. Umberger mumberger@hewm.com
Patrick E. Premo ppremo@fenwick.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Sarah C. Walkenhorst swalkenhorst@hewm.com
Wendy Lynn Bjerknes Wbjerknes@fenwick.com

**Dated: May 26, 2006**                              **Richard W. Wieking, Clerk**

**By:__/s/JW Chambers_____**
      **Melissa Peralta**
      **Courtroom Deputy**