1  [List of Counsel Appears on Last Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>Defendants, | Case No. C 03 05669 JW (RS)<br><br>**JOINT STATEMENT AND PROPOSED ORDER PURSUANT TO COURT'S MAY 26, 2006 ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**<br><br>Date:   June 26, 2006<br>Time:   10:00 a.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. James Ware |
| MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC., a Delaware corporation,<br><br>Third Party Defendants. | |

JOINT CASE MANAGEMENT STATEMENT                     CASE NO. C 03 05669 JW (RS)

Pursuant to the Court's request in its May 26, 2006 Order Following Case Management Conference that the parties submit a proposed order regarding further claim construction, proposed interim case management conference dates, and further case scheduling, the parties submit the following proposed dates. The parties propose an **interim case management conference on June 26, 2006 at 10:00 a.m.** to discuss issues of claim construction briefing and case scheduling.

I. <u>**SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFING**</u>

The Regents and MTI have met and conferred as required by the Court's May 26 Order in an attempt to reduce the number of claim terms and phrases in dispute. Attached as Exhibit A is a chart of the current claim terms and phrases still in dispute. The Regents and MTI will continue their efforts to reduce the number of disputed claim terms.

The Regents and MTI propose the following schedule for further claim construction.[1]

| Description | The Regents' Proposed Due Dates | MTI's Proposed Due Dates | The Regents' Proposed Page Limits | MTI's Proposed Page Limits |
|---|---|---|---|---|
| L/D for parties to file and serve Opening Supplemental Claim Construction Briefs in light of 8/25/05 Claim Construction Order | July 19, 2006 | July 19, 2006 | 25 pages | 40 pages |
| L/D for parties to file and serve Reply Supplemental Claim Construction Briefs in light of 8/25/05 Claim Construction Order | August 7, 2006 | August 18, 2006 | 15 pages | 30 pages |
| Hearing on Supplemental Claim Construction | August 21, 2006 | October 13, 2006 | | |

---

[1] MTI's lead trial counsel, Attorney John Skilton, as well as counsel who argued on behalf of MTI at the first claim construction hearing in this case, Attorney Colin Sandercock, are scheduled for trial in another patent matter beginning on August 28, 2006. Therefore, MTI requests that the Court not schedule the hearing on supplemental claim construction in August or September 2006. The Regents' lead trial counsel, Lynn Pasahow, has a final pre-trial conference scheduled on September 18, 2006, with trial set to begin on September 26, 2006, in another patent matter in Portland, Oregon.

JOINT CASE MANAGEMENT STATEMENT — - 2 - — CASE NO. C 03 05669 JW (RS)

The parties request an interim case management conference immediately following the hearing on supplemental claim construction.

II. **STATUS OF THE PATENTS-IN-SUIT**

At the Court's request, the parties submit a chart outlining the status of the PTO proceedings as they relate to the patents-in-suit as Exhibit B hereto.

III. **FURTHER CASE SCHEDULE**

The parties propose the following dates for the remainder of the case:

| Description | Proposed Due Dates |
| --- | --- |
| Interim Case Management Conference | June 26, 2006 |
| Fact Discovery Closes and L/D to Serve Supplemental Disclosures | December 15, 2006 |
| L/D for Parties to Exchange Opening Expert Disclosures and Reports | January 16, 2007 |
| L/D for Parties to Exchange Rebuttal Expert Disclosures and Reports | February 15, 2007 |
| L/D for Parties to Exchange Reply Expert Reports | March 1, 2007 |
| Expert Discovery Closes | April 2, 2007 |
| L/D to File Dispositive Motions | April 2, 2007 |
| L/D to File Joint Pretrial Statement | May 7, 2007 |
| Final Pretrial Conference | May 21, 2007 |
| Jury Trial (as set by the Court's May 26 Order) | June 5-8, 2007<br>June 12-15, 2007<br>June 19-22, 2007<br>June 26-29, 2007 |

| | | | |
|---|---|---|---|
| 1 | Dated: | By: | /s/ |
| 2 | | | Lynn H. Pasahow (SBN 054283) |
| | | | Patrick E. Premo (SBN 184915) |
| 3 | | | FENWICK & WEST LLP |
| | | | Silicon Valley Center |
| 4 | | | 801 California Street |
| | | | Mountain View, California 94041 |
| 5 | | | Telephone: (650) 335-7460 |

Attorneys for Plaintiff/Counterdefendant
The Regents of the University of California

Dated:                          By:          /s/
                                John S. Skilton (*Pro Hac Vice*)
                                Michelle M. Umberger (*Pro Hac Vice*)
                                HELLER EHRMAN LLP
                                One East Main Street, Suite 201
                                Madison, Wisconsin 53703
                                Telephone: (608) 663-7460

Attorneys for Defendants/Counterclaimants
MICRO THERAPEUTICS, INC. and DENDRON GMBH

Dated:                          By:          /s/
                                Roland H. Schwillinski (*Pro Hac Vice*)
                                GOODWIN PROCTER LLP
                                Exchange Place
                                Boston, Massachusetts 02109-2881
                                Telephone: (617) 570-1000

Attorneys for Third Party Defendants
BOSTON SCIENTIFIC and TARGET THERAPEUTICS, INC.

JOINT CASE MANAGEMENT STATEMENT — - 4 - — CASE NO. C 03 05669 JW (RS)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>Defendants,<br><br>———<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC., a Delaware corporation,<br><br>Third Party Defendants. | Case No. C 03 05669 JW (RS)<br><br>**[Proposed] Order** |

## [PROPOSED] ORDER

Having considered the requests of the parties as stated above and at the Case Management Conference, the Court ORDERS as follows:

1. The Court will hold a Supplemental Claim Construction Hearing on [DATE and TIME].

2. The Regents and MTI shall comply with the following briefing schedule:

a. <u>Opening Briefs</u>: The Regents and MTI must serve and file their respective opening briefs and supporting evidence on or before [DATE]. Accompanying the brief must be a proposed jury instruction which incorporates the language which

the party contends should be adopted in construing the claims. Opening briefs will be limited to [NUMBER] pages.

b. <u>Reply Briefs</u>: The Regents and MTI must serve and file any reply brief and supporting evidence on or before [DATE]. Reply briefs will be limited to [NUMBER] pages.

2. The Court adopts the parties' proposed dates set forth in Section III above as the schedule for the remainder of the case.

**IT IS SO ORDERED.**

Dated:__06/16/06_____         _____
                                        Honorable James Ware
                                        United States District Judge
                                        Northern District of California