United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Regents of the University of California, | NO. C 03-05669 JW |
| Plaintiff, | **ORDER APPOINTING RAINER SCHULZ AS A TECHNICAL ADVISOR** |
| v. | |
| Micro Therapeutics Inc. and Dendron GmbH, | |
| Defendants and Third Party Plaintiffs, | |
| v. | |
| Boston Scientific Corp. and Target Therapeutics Inc., | |
| Third Party Defendants. | |

At the June 26, 2006 case management conference, the Court orally confirmed with counsel for the respective parties that they have no objections to the appointment of Mr. Rainer Schulz as a "Technical Advisor." Therefore, the Court appoints Rainer Schulz as a Technical Advisor under the following terms:

1. Any advice provided to the Court by Mr. Schulz will not be based on any extra-record information.

2. From time to time, the Court may request Mr. Schulz to provide a formal written report on technical advice concerning the case. A copy of the formal written report prepared by Mr. Schulz shall be provided to the parties. The Court, however, reserves the right to have informal verbal communications with Mr. Schulz which are

not included in any formal written report.

3. Mr. Schulz may attend any court proceedings.

4. Mr. Schulz may review any pleadings, motions or documents submitted to the Court.

5. As a technical advisor, Mr. Schulz will make no written findings of fact and will not supply any evidence to the Court. Thus, Mr. Schulz will be outside the purview of "expert witnesses" under Fed. R. Evid. 706. As such, the provisions in Rule 706 for depositions and questioning of expert witnesses will be inapplicable to Mr. Schulz. See Reilly v. United States, 863 F.2d 149, 155-56 (1st Cir. 1988).

6. Mr. Schulz will have no contact with any of the parties or their counsel other than for billing purposes.

7. The parties are directed to pay the reasonable fees charged by Mr. Schulz for his service as a technical advisor to the Court in this case. The parties shall confer to determine an apportionment for purposes of payment of Mr. Schulz's fees. All matters pertaining to the fees of Mr. Schulz are referred to Magistrate Judge Richard Seeborg.

8. Mr. Schulz shall file a declaration that he will adhere to the terms of his appointment.

Dated: June 26, 2006

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Charles G. Curtis ccurtis@hewm.com
Chien-Ju Alice Chen achen@Fenwick.Com
Christopher T. Holding cholding@goodwinprocter.com
Colin G. Sandercock csandercock@proskauer.com
David J. Harth dharth@hewm.com
Gabrielle E. Bina gbina@hewm.com
J. Anthony Downs jdowns@goodwinprocter.com
John S. Skilton jskilton@hewm.com
John S. Skilton jskilton@hewm.com
Julie Lynn Fieber jfieber@flk.com
Lynn H. Pasahow lpasahow@fenwick.com
Michael Francis Kelleher mkelleher@flk.com
Michael J. Shuster mshuster@fenwick.com
Michael K. Plimack mplimack@hewm.com
Michelle M. Umberger mumberger@hewm.com
Patrick E. Premo ppremo@fenwick.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Sarah C. Walkenhorst swalkenhorst@hewm.com
Wendy Lynn Bjerknes Wbjerknes@fenwick.com

**Dated: June 26, 2006**                              **Richard W. Wieking, Clerk**

                                                      **By:   /s/ JW Chambers**
                                                      **Melissa Peralta**
                                                      **Courtroom Deputy**