IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Regents of the University of California,<br><br>      Plaintiff,<br>  v.<br><br>Micro Therapeutics, Inc. and Dendron GmbH,<br><br>      Defendants and Third Party Plaintiffs,<br>  v.<br><br>Boston Scientific Corp. and Target Therapeutics, Inc.,<br><br>      Third Party Defendants.<br>_____/ | NO. C 03-05669 JW<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

On June 26, 2006, the Court conducted a case management conference. In light of the discussion with the parties' counsel at the conference, the Court orders the following:

1.     A supplemental claim construction hearing is set for **September 20, 2006 from 9:00 a.m. to 12:00 p.m.** The parties shall submit opening briefs and supporting evidence on or before July 19, 2006. Any reply briefs and supporting evidence shall be filed on or before August 18, 2006. The parties shall adhere to the page limits established by the local rules.

2. The Court adopts the parties' proposed case schedule set forth in section III of the Joint Statement filed on June 12, 2006.

Dated: June 27, 2006

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Charles G. Curtis ccurtis@hewm.com
Chien-Ju Alice Chen achen@Fenwick.Com
Christopher T. Holding cholding@goodwinprocter.com
Colin G. Sandercock csandercock@proskauer.com
David J. Harth dharth@hewm.com
Gabrielle E. Bina gbina@hewm.com
J. Anthony Downs jdowns@goodwinprocter.com
John S. Skilton jskilton@hewm.com
John S. Skilton jskilton@hewm.com
Julie Lynn Fieber jfieber@flk.com
Lynn H. Pasahow lpasahow@fenwick.com
Michael Francis Kelleher mkelleher@flk.com
Michael J. Shuster mshuster@fenwick.com
Michael K. Plimack mplimack@hewm.com
Michelle M. Umberger mumberger@hewm.com
Patrick E. Premo ppremo@fenwick.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Sarah C. Walkenhorst swalkenhorst@hewm.com
Wendy Lynn Bjerknes Wbjerknes@fenwick.com

**Dated: June 27, 2006**                    **Richard W. Wieking, Clerk**

                                            **By:   /s/ JW Chambers**
                                                **Melissa Peralta**
                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California