[PLEASE SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>  Defendant, | Case No. C 03 05669 JW (RS)<br><br>**STIPULATION AND** [~~PROPOSED~~] **ORDER REGARDING LEAVE TO FILE SUPPLEMENTAL AND AMENDED PLEADINGS**<br><br>[**CIVIL L.R. 6-2, 7-12; PATENT L.R. 3-7**] |
| MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>  Third Party Plaintiffs,<br><br>  v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC. a Delaware corporation,<br><br>  Third Party Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Counterdefendant The Regents of the University of California ("The Regents") and Defendants, Counter-Claimants, and Third Party Plaintiffs Micro Therapeutics, Inc. and Dendron GmbH (collectively "MTI"), through their respective counsel of record for all purposes in the above-captioned action including

1  trial, as follows:

2  The Regents and MTI hereby stipulate that The Regents and MTi may file and serve the
3  following supplemental or amended pleadings:

4  1.  Plaintiff's Second Supplemental Complaint (a copy of which is attached as <u>Exhibit</u>
5  <u>A</u> to the accompanying declaration of Patrick Premo filed herewith ("Premo Decl.");

6  2.  Plaintiff's Second Supplemental Disclosure of Asserted Claims and Preliminary
7  Infringement Contentions;

8  3.  Answer and Affirmative Defenses to Second Supplemental Complaint for Patent
9  Infringement; and Second Amended Counterclaims of Micro Therapeutics, Inc. and
10  Dendron GmbH ("Second Amended Counterclaim") (a copy of which is attached as
11  <u>Exhibit B</u> to the Declaration of Patrick Premo; and

12  4.  Defendants' Amended Preliminary Invalidity Contentions.

13  The reason for the request is to join all claims between The Regents and MTI in a single
14  action to avoid the risk of a multiplicity of suits by either party.  Premo Decl. ¶ 5.  The parties
15  further stipulate and agree to a short, thirty-day extension of time on the fact discovery deadline. *Id.*
16  at ¶ 3.  The new fact discovery deadline will be extended from December 15, 2006 to **January 16,**
17  **2007** for all claims set forth in The Regents' complaint and supplemental complaints and MTI's
18  amended counterclaims.  The only exception to this deadline relates to requests for admissions for
19  authentication of documents.  The parties have agreed that the last day to respond to requests for
20  authentication of documents shall be April 23, 2007, which is closer to the pretrial conference. *Id.*

21  The parties have made no previous request to change the fact discovery deadline. *Id.* at ¶ 6.
22  No other deadlines will be affected by this request. *Id.*  The parties are not asking to disturb the trial
23  date set for June 6, 2007. *Id.* at 2.  Third Party Defendants Boston Scientific and Target
24  Therapeutics, Inc. (collectively "Boston Scientific") do not join in this Stipulation and opposes any
25  efforts by MTI to amend its Third Party Complaint against Boston Scientific. *Id.* at ¶ 4.

26  This stipulation shall not constitute a waiver by the parties of any legal challenge to the
27  supplemental or amended pleadings, and the parties expressly reserve all defenses and immunities
28  they may have to the claims asserted in the supplemental or amended pleadings.  The Second

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  Supplemental Complaint and Second Amended Counterclaim shall be deemed served as of the day

2  the Court enters the following order.  The Regents shall have twenty (20) days to respond to the

3  Second Amended Counterclaim.

4  **IT IS SO STIPULATED.**

## ATTESTATION

6  Concurrence in the filing of this document has been obtained from the other signatories.

DATED:  November 15, 2006         By:    **/s/ Patrick E. Premo**
                                         FENWICK & WEST LLP
                                         Lynn H. Pasahow (Bar No. 054283)
                                         Michael J. Shuster (Bar No. 191611)
                                         Patrick E. Premo (Bar No. 184915)
                                         C.J. Alice Chen (Bar No. 228556)
                                         Silicon Valley Center, 801 California Street
                                         Mountain View, CA  94041
                                         Telephone:  (650) 988-8500

                                         Jeffrey A. Blair (CSB NO. 111327)
                                         P. Martin Simpson (CSB NO. 122867 )
                                         Rita Hao (CSB NO. 191693)
                                         University Of California
                                         1111 Franklin Street, 8th Floor
                                         Oakland, CA  94607
                                         Telephone:  (510) 987-9800
                                         Facsimile:  (510) 987-9757

                                         Attorneys for Plaintiff/Counterclaim Defendant
                                         THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

DATED:  November 15, 2006         By:    **/s/ Michelle Umberger**
                                         HELLER EHRMAN WHITE & McAULIFFE LLP
                                         Michael K. Plimack (Bar No. 133869)
                                         John S. Skilton (*Pro Hac Vice*)
                                         Charles G. Curtis, Jr. (*Pro Hac Vice*)
                                         Michelle Umberger (*Pro Hac Vice*)
                                         Gabrielle E. Bina (*Pro Hac Vice*)
                                         One East Main Street, Suite 102
                                         Madison, WI  53703
                                         Telephone (608) 663-7460

HELLER EHRMAN WHITE & McAULIFFE LLP
Michael K. Plimack (Bar No. 133869)
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000

HELLER EHRMAN WHITE & McAULIFFE LLP
Colin G. Sandercock (*Pro Hac Vice*)
Marvin A. Motsenbocker (*Pro Hac Vice*)
1666 K Street, N.W., Suite 300
Washington, D.C.  20006
Telephone:  (202) 912-2000

Attorneys for Defendants and Counterclaim and Third Party Plaintiffs
MICRO THERAPEUTICS, INC. AND DENDRON GMBH

---

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO FILE SUPPLEMENTAL AND AMENDED PLEADINGS   - 4 -   CASE NO. C 03 05669 JW (RS)

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1 | **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___November 16th,_____, 2006        _____
                                            The Honorable James Ware
                                            United States District Judge

1258374

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW