[List of Counsel Appears on Last Pages] *E-FILED 12/5/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH<br><br>    Defendants/Counterclaim and Third Party Plaintiffs,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC.<br><br>    Third Party Defendants. | Case No: C03-05669 JW (RS)<br><br>**ADDENDUM TO STIPULATED AMENDED PROTECTIVE ORDER** |

Third Party Cordis Neurovascular, Inc. ("Cordis") has been requested to authorize the production by Boston Scientific Corporation and Target Therapeutics, Inc. of an unredacted version of the Pampinella expert report, any supplemental report thereto, the Elsten expert report, and any supplemental report thereto, from the *Boston Scientific Corp. et al. v. Cordis Corporation* case (Case No. 02-1474) ("the *Cordis* action"). As currently produced in this matter, the redactions to the Pampinella report contain information designated confidential by Cordis under a Protective Order entered in the *Cordis* action. The Elsten expert and supplemental expert reports have not yet

been produced because they also contain information designated confidential by Cordis. Cordis hereby authorizes production of an unredacted version of the Pampinella report, any supplemental report thereto, the Elsten report, and any supplemental report thereto, in accordance with paragraph 17 of the Stipulated Amended Protective Order in this action. The parties agree to treat the information designated confidential by Cordis contained in the Pampinella report, any supplemental report thereto, the Elsten expert report, and any supplemental report thereto, in conformance with the provisions of the Stipulated Amended Protective Order, except as modified below.

1. Cordis may designate those portions of the Pampinella expert report, any supplemental report thereto, the Elsten expert report, and any supplemental report thereto, containing Cordis confidential information as CONFIDENTIAL pursuant to the Stipulated Amended Protective Order.

2. "Qualified Persons" having access to portions of the Pampinella report, any supplemental report thereto, the Elsten expert report, and any supplemental report thereto, designated Confidential by Cordis in this action, include those individuals and entities listed in subparagraphs (a) – (d) and (f) – (i) of Paragraph 5 of the Stipulated Amended Protective Order. The individuals listed in sub-paragraph 5(e) of the Stipulated Protective Order shall not have access to materials designated as Confidential by Cordis Corporation produced in this case except that individuals employed by Boston Scientific and The Regents may access such materials to the extent permitted under the Second Stipulated Protective Order in the *Cordis* action and any revisions thereof.

3. Prior to the disclosure of any portions of the Pampinella expert report, any supplemental report thereto, the Elsten expert report, and any supplemental report thereto, designated as Confidential by Cordis to Qualified Persons defined in paragraph 5(f), the provisions of paragraph 6 of the Stipulated Amended Protective Order shall apply. In addition, prior to the disclosure of any portions of the Pampinella expert report, any supplemental report thereto, the Elsten expert report, and any supplemental report thereto, designated as Confidential by Cordis to Qualified Persons defined in paragraph 5(f), notice shall be provided to Cordis counsel, who will have seven (7) business days to object in writing to the disclosure of Cordis Confidential

1  information to the particular person. If an objection is made by Cordis counsel, no Cordis
2  Confidential information shall be made available to the particular person unless otherwise ordered
3  by the Court pursuant to a motion filed by the party seeking disclosure of the Cordis information.
4      4.    Until such time as this Addendum to the Stipulated Amended Protective Order has
5  been entered by the Court, the parties agree that upon execution by the parties, it will be treated as
6  though it had been "So Ordered."

Respectfully submitted,

DATED: December 1, 2006    By: ___/S/_____

FENWICK & WEST LLP
Lynn H. Pasahow (Bar No. 054283)
lpasahow@fenwick.com
Michael J. Shuster (Bar No. 191611)
mshuster@fenwick.com
Patrick E. Premo (Bar No. 184915)
ppremo@fenwick.com
Wendy Bjerknes (Bar No. 197416)
wbjerkners@fenwick.com
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500

Attorneys for Plaintiff/Counterclaim-defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

DATED: December 1, 2006    By: ___/S/_____

HELLER EHRMAN LLP
Michael K. Plimack (Bar No. 133869)
Michael.Plimack@Hellerehrman.com
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000

HELLER EHRMAN LLP
John S. Skilton (*Pro Hac Vice*)
John.Skilton@Hellerehrman.com
David J. Harth (*Pro Hac Vice*)
David.Harth@Hellerehrman.com
Charles G. Curtis, Jr. (*Pro Hac Vice*)
Charles.Curtis@Hellerehrman.com
Michelle M. Umberger (*Pro Hac Vice*)
Michelle.Umberger@Hellerehrman.com
Gabrielle E. Bina (*Pro Hac Vice*)
Gabrielle.Bina@Hellerehrman.com
One East Main Street, Suite 201
Madison, WI 53703
Telephone: (608) 663-7460
Facsimile: (608) 663-7499

|   |   |
|---|---|
|   | PROSKAUER ROSE LLP |
|   | Colin G. Sandercock (*Pro Hac Vice*) |
|   | csandercock@proskauer.com |
|   | 1001 Pennsylvania Avenue, N.W. |
|   | Suite 400 South |
|   | Washington, D.C.  20004 |
|   | Telephone:  202-416-6800 |

Attorneys for Defendants/Counterclaimants and Third Party Plaintiffs MICRO THERAPEUTICS, INC. and DENDRON GmbH

DATED: December 1, 2006            By:    /S/

GOODWIN PROCTER LLP
J. Anthony Downs (*Pro Hac Vice*)
jdowns@goodwinprocter.com
Roland H. Schwillinski (*Pro Hac Vice*)
rschwillinski@goodwinprocter.com
Amanda Marie Kessel
akessel@goodwinprocter.com
Exchange Place
Boston, Massachusetts  02109-2881
Telephone:  (617) 570-1000

FOLGER LEVIN & KAHN LLP
Julie Lynn Fieber (Bar No. 202857)
jfieber@flk.com
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone:  (415) 986-2800

Attorneys for Third Party Defendants BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC.

DATED: December 1, 2006            By:    /S/

SIDLEY AUSTIN LLP
Lisa A. Schneider (*Pro Hac Vice*)
lschneider@sidley.com
One South Dearborn
Chicago, IL  60603
Telephone: (312) 853-7000

Attorneys for Third Party Cordis Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __December 5_____, 2006    By:_____[signature]_____
                                         The Honorable Richard Seeborg
                                         United States Magistrate Judge

# ATTESTATION OF SIGNATURE
### (N.D. Cal. General Order 45)

I, Gabrielle E. Bina, hereby attest that concurrence in the filing of the following document:

**ADDENDUM TO STIPULATED AMENDED PROTECTIVE ORDER**

has been obtained from all of the signatories.

                                        HELLER EHRMAN LLP,

DATED:  December 1, 2006      By: /S/ Gabrielle E. Bina
                                        Attorneys for Defendants/Counterclaimants and Third Party Plaintiffs MICRO THERAPEUTICS, INC., DENDRON GmbH, and ev3, INC.