[LIST OF COUNSEL ON LAST PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation;<br><br>  Plaintiff/Counterclaim Defendant,<br><br>   v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation; DENDRON GmbH, a German corporation; and ev3 Inc. a Delaware corporation,<br><br>  Defendants/Counterclaim and Third Party Plaintiffs,<br><br>   v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC., a Delaware corporation,<br><br>  Third Party Defendants. | Case No.: C 03 05669 (JW)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**<br><br>**[CIVIL L.R. 6-2 AND 7-12]**<br><br>The Honorable James Ware |

STIPULATION AND ~~PROPOSED~~ ORDER RE BRIEFING SCHEDULE
CASE NO. C 03 05669 (JW)

1   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Counterclaim Defendants The Regents of the University of California ("The Regents"), Defendants, Counter-Claimants, and Third Party Plaintiffs Micro Therapeutics, Inc., Dendron GmbH and ev3 Inc. (collectively "MTI"), and Third Party Defendants Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific"), through their respective counsel of record, for all purposes in the above-captioned action, including trial, as follows:

MTI will be seeking leave to amend its third party complaint against Boston Scientific. Boston Scientific has indicated that it will oppose this motion. Additionally, MTI has recently amended its counterclaims against The Regents. The Regents has indicated that it will be seeking to have certain of the amended counterclaims dismissed.

The parties hereby stipulate that:

1.   MTI shall file its a motion for leave to file its Second Amended Third Party Complaint by December 6, 2006;

2.   Boston Scientific shall file its brief in opposition to Defendant's motion for leave to file Second Amended Third Party Complaint by December 22, 2006;

3.   MTI shall file a reply brief to Boston Scientific's opposition by January 8, 2007;

4.   The Regents shall file its motion to dismiss MTI's amended counterclaims by December 6, 2006, and the parties agree that The Regents will not and does not need to respond to the remaining claims set forth in MTI's amended counterclaims until after the Court has ruled on its motion to dismiss;

5.   MTI shall file its brief in opposition to The Regents' motion to dismiss by December 22, 2006; and

6.   The Regents shall file its reply brief to MTI's opposition by January 8, 2007.

Under the above schedule, the Court will have all briefs prior to fourteen (14) days before the hearing. Hearings on both of the above-referenced motions shall be on January 22, 2007, at 9:00 AM.

STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE
CASE NO. C 03 05669 (JW)

1
2    **IT IS SO STIPULATED.**
3 **ATTESTATION**
4    Concurrence in the filing of this document has been obtained from the other signatories.
5
6 DATED:   December 6, 2006                By:  **/s/ Patrick E. Premo**

FENWICK & WEST LLP
Lynn H. Pasahow (Bar No. 054283)
lpasahow@fenwick.com
Michael J. Shuster (Bar No. 191611)
mshuster@fenwick.com
Patrick E. Premo (Bar No. 184915)
ppremo@fenwick.com
Wendy Bjerknes (Bar No. 197416)
wbjerkners@fenwick.com
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500

Attorneys for Plaintiff/Counterclaim Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

DATED: December 6, 206                By:   **/s/ Michelle M. Umberger**

HELLER EHRMAN LLP
John.Skilton@Hellerehrman.com
David J. Harth (Pro Hac Vice)
David.Harth@Hellerehrman.com
Charles G. Curtis, Jr. (Pro Hac Vice)
Charles.Curtis@Hellerehrman.com
Michelle M. Umberger (Pro Hac Vice)
Michelle.Umberger@Hellerehrman.com
Gabrielle E. Bina (Pro Hac Vice)
Gabrielle.Bina@Hellerehrman.com
Sarah C. Walkenhorst (Pro Hac Vice)
Sarah.Walkenhorst@Hellerehrman.com
One East Main Street, Suite 201
Madison, WI 53703
Telephone: (608) 663-7460
Facsimile: (608) 663-7499

STIPULATION AND ~~PROPOSED~~ ORDER RE BRIEFING SCHEDULE
CASE NO. C 03 05669 (JW)

1                 Michael K. Plimack (Bar No. 133869)
                  Michal.Plimack@Hellerehrman.com
                  333 Bush Street
                  San Francisco, CA 94104-2878
                  Telephone: (415) 772-6000

                  PROSKAUER ROSE LLP
                  Colin G. Sandercock
                  csandercock@proskauer.com
                  1001 Pennsylvania Avenue, N.W.
                  Suite 400 South
                  Washington, D.C. 20004
                  Telephone: (202) 416-6800

                  Attorneys for Defendants/Counterclaim and Third
                  Party Plaintiffs Micro Therapeutics, Inc. and Dendron
                  GmbH

Dated: December 6, 2006         By:    **/s/ Roland H. Schwillinski**

                  GOODWIN PROCTER LLP
                  J. Anthony Downs (*Pro Hac Vice*)
                  jdowns@goodwinprocter.com
                  Roland H. Schwillinski (*Pro Hac Vice*)
                  rschwillinski@goodwinprocter.com
                  Amanda Marie Kessel
                  akessel@goodwinprocter.com
                  Exchange Place
                  Boston, Massachusetts 02109-2881
                  Telephone: (617) 570-1000

                  Attorneys for Third Party Defendants
                  Boston Scientific and Target Therapeutics, Inc.

STIPULATION AND ~~PROPOSED~~ ORDER RE BRIEFING SCHEDULE
CASE NO. C 03 05669 (JW)

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __December 7th__, 2006          _/s/ James Ware_
                                        The Honorable James Ware
                                        United States District Judge