1    [List of Counsel Appears Below]

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA

10   THE REGENTS OF THE UNIVERSITY OF
     CALIFORNIA, a California corporation,
11

12                                    Plaintiff,

13        v.                                          Case No.: C 03 05669 (JW) (RS)

14   MICRO THERAPEUTICS, INC., a Delaware          **REQUEST FOR CASE
     corporation, DENDRON GmbH, a German           MANAGEMENT CONFERENCE AND
15   corporation, and ev3 Inc., a Delaware corporation,   |~~PROPOSED ORDER~~|

16             Defendants and Counterclaim
                 And Third Party Plaintiffs,
17        v.                                          Date:  January 23, 2007
                                                      Time:  10:00 a.m.
18   BOSTON SCIENTIFIC CORPORATION, a                 Hon. James Ware
     Delaware corporation, and TARGET
19   THERAPEUTICS, INC., a Delaware corporation,

20   Third Party Defendants.
21

22        Pursuant to Civil Local Rules 16-10(c), Defendant and Third Party Plaintiffs Micro

23   Therapeutics, Inc., Dendron GmbH and ev3 Inc. (collectively referred to herein as "MTI"), request

24   that the Court schedule a case management conference to address issues relating to the status of the

25   case, including without limitation, a briefing and hearing schedule for summary judgment motions

26   as well as motions *in limine*.  Under the current schedule, dispositive motions are due by April 2,

27   2007.  Trial is scheduled to begin on June 5, 2007.

28

     REQUEST FOR CASE MANAGEMENT CONFERENCE
     CASE NO. C 03 05669 (JW)

1      MTI further requests that the Court permit the parties to file a Joint Case Management

2   Conference Statement pursuant to Local Rule 16-10(d) by January 16, 2007.

3          Counsel for Plaintiffs, The Regents of the University of California, has indicated that The

4   Regents joins in this request.  Counsel for Third Party Defendants, Boston Scientific and Target

5   Therapeutics, has indicated that Third Party Defendants do not object to this request.  All parties are

6   scheduled to be present at the Court on the requested date of January ~~22~~. 2007 for motion hearings
                                                                        23
7   at 9:00 a.m.

8          Respectfully submitted,

9

10     DATED: January 11, 2007.                      By:   ___/s/ Michelle M. Umberger_____
                                                     HELLER EHRMAN LLP
11                                                   Michael K. Plimack (Bar No. 133869)
                                                     Michael.Plimack@Hellerehrman.com
12                                                   333 Bush Street
                                                     San Francisco, CA  94104-2878
13                                                   Telephone: (415) 772-6000

14                                                   HELLER EHRMAN LLP
                                                     John S. Skilton (*Pro Hac Vice*)
15                                                   John.Skilton@Hellerehrman.com
                                                     David J. Harth (*Pro Hac Vice*)
16                                                   David.Harth@Hellerehrman.com
                                                     Charles G. Curtis, Jr. (*Pro Hac Vice*)
17                                                   Charles.Curtis@Hellerehrman.com
                                                     Michelle M. Umberger (*Pro Hac Vice*)
18                                                   Michelle.Umberger@Hellerehrman.com
                                                     Gabrielle E. Bina (*Pro Hac Vice*)
19                                                   Gabrielle.Bina@Hellerehrman.com
                                                     Sarah C. Walkenhorst (*Pro Hac Vice*)
20                                                   Sarah.Walkenhorst@Hellerehrman.com
                                                     One East Main Street, Suite 201
21                                                   Madison, WI 53703
                                                     Telephone: (608) 663-7460
22                                                   Facsimile: (608) 663-7499

23                                                   Attorneys for Defendants/Counterclaimants and Third
24                                                   Party Plaintiffs MICRO THERAPEUTICS, INC.,
                                                     DENDRON GmbH and ev3 INC.
25

26

27

28

                                                2

REQUEST FOR CASE MANAGEMENT CONFERENCE
CASE NO. C 03 05669 (JW)

1

**IT IS SO ORDERED**

2

Dated: Jan 12, 2007

3

Honorable James Ware
United States District Court Judge

4

Northern District of California

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

REQUEST FOR CASE MANAGEMENT CONFERENCE
CASE NO. C 03 05669 (JW)