**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Regents of the University of California, et al., | NO. C 03-05669 JW |
| Plaintiffs, | **ORDER CONTINUING HEARING ON MOTIONS AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| Micro Therapeutics Inc., et al., | |
| Defendants. | |

Due to the Court's unavailability, the hearing on the motions and the case management conference currently scheduled for January 23, 2007 is continued to **January 29, 2007 at 9 a.m.** and 10 a.m., respectively.

Dated:  January 16, 2007

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Charles G. Curtis ccurtis@hewm.com
Chien-Ju Alice Chuang achuang@fenwick.com
Christopher T. Holding cholding@goodwinprocter.com
Colin G. Sandercock csandercock@proskauer.com
David J. Harth dharth@hewm.com
Gabrielle E. Bina gbina@hewm.com
Henry Zuzueta Carbajal hcarbajal@fenwick.com
J. Anthony Downs jdowns@goodwinprocter.com
John S. Skilton jskilton@hewm.com
John S. Skilton jskilton@hewm.com
Julie Lynn Fieber jfieber@flk.com
Lynn H. Pasahow lpasahow@fenwick.com
Michael Francis Kelleher mkelleher@flk.com
Michael J. Shuster mshuster@fenwick.com
Michael K. Plimack mplimack@hewm.com
Michelle M. Umberger mumberger@hewm.com
Patrick E. Premo ppremo@fenwick.com
Patrick S. Thompson pthompson@goodwinprocter.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Sarah C. Walkenhorst swalkenhorst@hewm.com
Wendy Lynn Bjerknes Wbjerknes@fenwick.com

**Dated: January 16, 2007**                               **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers
                                                                  Elizabeth Garcia
                                                                  Courtroom Deputy**