IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Regents of the University of California, et al., | NO. C 03-05669 JW |
| Plaintiffs, | **SECOND ORDER CONTINUING HEARING ON MOTIONS AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| Micro Therapeutics Inc., et al., | |
| Defendants. | |

Having reviewed the parties' papers regarding the two motions currently pending before the Court, the Court specially set the hearing to give the parties the proper time for oral arguments. Accordingly, the hearing and the case management conference presently scheduled for January 29, 2007 is continued to **January 31, 2007** at 9 a.m. and 10 a.m., respectively.

Dated: January 18, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Charles G. Curtis ccurtis@hewm.com
Chien-Ju Alice Chuang achuang@fenwick.com
Christopher T. Holding cholding@goodwinprocter.com
Colin G. Sandercock csandercock@proskauer.com
David J. Harth dharth@hewm.com
Gabrielle E. Bina gbina@hewm.com
Henry Zuzueta Carbajal hcarbajal@fenwick.com
J. Anthony Downs jdowns@goodwinprocter.com
John S. Skilton jskilton@hewm.com
John S. Skilton jskilton@hewm.com
Julie Lynn Fieber jfieber@flk.com
Lynn H. Pasahow lpasahow@fenwick.com
Michael Francis Kelleher mkelleher@flk.com
Michael J. Shuster mshuster@fenwick.com
Michael K. Plimack mplimack@hewm.com
Michelle M. Umberger mumberger@hewm.com
Patrick E. Premo ppremo@fenwick.com
Patrick S. Thompson pthompson@goodwinprocter.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Sarah C. Walkenhorst swalkenhorst@hewm.com
Wendy Lynn Bjerknes Wbjerknes@fenwick.com

**Dated: January 18, 2007**                **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California