*E-FILED 12/14/07*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,

    Plaintiff,

v.

MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,

    Defendants and Third Party Plaintiffs,

v.

BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC., a Delaware corporation,

    Third Party Defendants.

Case No: C 03 05669  JW (RS)

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO COMPEL**

---

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO COMPEL
CASE NO.  C-03-05669 JW (RS)

Pursuant to Civil L.R. 7-7, Plaintiff The Regents of the University of California ("The Regents"), Defendants and Third Party Plaintiffs Micro Therapeutics, Inc. and Dendron (collectively "MTI") and Third Party Defendants Boston Scientific and Target Therapeutics (collectively "Boston Scientific") hereby stipulate and agree to continue the hearing date for the following motions to compel, currently scheduled for March 7, 2007, to March 14, 2007 at 9:30 a.m. The parties currently have a Case Management Conference scheduled before Judge Ware on March 13, 2007 and the rescheduling of the motion hearings to March 14, 2007 would permit counsel for MTI and Boston Scientific to travel to the Court for both hearings, rather than making two trips in successive weeks. With the exception of the first-listed motion, no oppositions have yet been filed.

1. Defendants' Motion to Compel Production of Documents (Dkt. No. 392), filed January 24, 2007;

2. Defendants' Motion to Compel Plaintiff The Regents of the University of California to Produce a Witness Pursuant to Fed. R. Civ. P. 30(b)(6) and Documents (Dkt. No. 397), filed January 30, 2007;

3. Defendants' Motion to Compel Third Party Defendants Boston Scientific and Target Therapeutics, Inc. to Produce a Witness Pursuant to Fed. R. Civ. P. 30(b)(6) and Documents (Dkt. No. 399), filed January 30, 2007;

4. Plaintiff The Regents of The University of California's Motion to Compel Further Interrogatory Responses and 30(b)(6) Deposition Witnesses (Dkt. No. 403), filed January 30, 2007;

5. Plaintiff The Regents of The University of California's Motion to Compel Production of Documents and Unredacted Versions of Documents Listed in Defendants' Sixth Amended Privilege Log (Dkt. No.407), filed January 30, 2007.

6. Third-Party Defendant Boston Scientific's Motion to Compel (Dkt. No. 420), filed January 30, 2007.

The parties agree that MTI shall file its reply brief relating to Defendants' Motion to Compel Production of Documents (the first-listed motion above), by February 14, 2007, as

currently scheduled. The parties further agree that opposition and reply briefs in regard to the remaining motions shall be filed in accordance with Civil L.R. 7-7(d) (i.e., all oppositions shall be filed by February 21, 2007 and all reply briefs shall be filed by February 28, 2007).

**IT IS SO STIPULATED.**

DATED: February 13, 2007     By:     **/s/ Michelle Umberger**

HELLER EHRMAN LLP
John S. Skilton (*Pro Hac Vice*)
Michelle Umberger (*Pro Hac Vice*)
One East Main Street, Suite 102
Madison, WI  53703
Telephone (608) 663-7460

HELLER EHRMAN LLP
Michael K. Plimack (State Bar No. 133869)
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000

Attorneys for Defendants and Counterclaim and Third Party Plaintiffs MICRO THERAPEUTICS, INC. and DENDRON GMBH

DATED: February 13, 2007     By:     **/s/ Patrick E. Premo**

FENWICK & WEST LLP
Lynn H. Pasahow (State Bar No. 054283)
Michael J. Shuster (State Bar No. 191611)
Patrick E. Premo (State Bar No. 184915)
Wendy Bjerknes (State Bar No. 197416)
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  (650) 988-8500

Attorneys for Plaintiff/Counterclaim Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

| | | |
|---|---|---|
| Dated: February 13, 2007 | By: | **/s/ Patrick S. Thompson** |

J. Anthony Downs (*Pro Hac Vice*)
Roland H. Schwillinski (*Pro Hac Vice*)
Allison H. Stiles (*Pro Hac Vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231

Patrick S. Thompson
Nicole E. Perroton
101 California Street
San Francisco, CA 94111
Telephone:  (415) 733-6000
Facsimile:   (415) 677-9041

Attorneys for Third Party Defendants
BOSTON SCIENTIFIC and TARGET THERAPEUTICS, INC.

[~~PROPOSED~~] **ORDER**

As stipulated, **IT IS SO ORDERED.**

Dated: February 14, 2007

_____
Honorable Richard Seeborg
United States Magistrate Judge