UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED 2/27/07*

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, DENDRON GmbH, a German corporation, and ev3 INC., a Delaware corporation,<br><br>Defendants and Third-Party Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC., a Delaware corporation,<br><br>Third-Party Defendants. | Case No.: C03-05669-JW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SHORTEN TIME FOR PARTIES' RESPONSES TO AND HEARINGS ON CROSS-MOTIONS FOR PROTECTIVE ORDER |

IT IS HEREBY ORDERED THAT the parties' Stipulated Request To Shorten Time For Parties' Responses To And Hearings On Cross-Motions For Protective Order is GRANTED. The parties will file their respective Response briefs no later than February 28, 2007, and this Court will hear each Cross-Motion for Protective Order on March 14, 2007.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 2/27, 2007

/s/ Richard Seeborg
Hon. Richard Seeborg
United States Magistrate Judge
Northern District of California

6
STIPULATED REQUEST TO SHORTEN TIME FOR PARTIES' RESPONSES TO AND HEARINGS ON CROSS-MOTIONS FOR PROTECTIVE ORDER
CASE NO. C-03-05669 JW