LYNN H. PASAHOW (CSB No. 054283) (lpasahow@fenwick.com)
MICHAEL J. SHUSTER (CSB No. 191611) (mshuster@fenwick.com)
PATRICK E. PREMO (CSB No. 184915) (ppremo@fenwick.com)
C. J. ALICE CHUANG (CSB NO. 228556) (achuang@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    (650) 988-8500
Facsimile:     (650) 938-5200

CHARLES F. ROBINSON (CSB No. 113197) (charles.robinson@ucop.edu)
P. MARTIN SIMPSON (CSB NO. 122867) (marty.simpson@ucop.edu)
RITA HAO (CSB NO. 191693) (rita.hao@ucop.edu)
UNIVERSITY OF CALIFORNIA
1111 Franklin Street, 8th Floor
Oakland, CA  94607
Telephone:    (510) 987-9800
Facsimile:     (510) 987-9757

Attorneys for Plaintiff/Counterdefendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

*E-FILED 3/6/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>Defendant,<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC. a Delaware corporation,<br><br>Third Party Defendants. | Case No. C 03 05669 JW (RS)<br><br>**ORDER GRANTING STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE EXHIBITS TO THE DECLARATION OF ALLISON H. STILES IN SUPPORT OF BOSTON SCIENTIFIC'S RESPONSE TO MTI'S MOTION TO COMPEL AND CROSS-MOTION FOR PROTECTIVE ORDER UNDER SEAL**<br><br>(MODIFIED BY COURT)<br><br>Judge:   Honorable Richard Seeborg<br>Date:    March 14, 2007<br>Time:    9:30 a.m.<br>Place:   Courtroom 4, 5th Floor |

ORDER GRANTING STIP. ADMIN.
REQUEST TO FILE EXS. TO STILES DECL.
UNDER SEAL

CASE NO. C 03 05669 JW (RS)

On this day, the Court considered Third-Party Defendants Boston Scientific Corporation and Target Therapeutics, Inc.'s (collectively "BSC") Stipulated Miscellaneous Request to File Exhibits F, G, I, K and L to the Declaration of Allison H. Stiles in Support of Third-Party Defendants Boston Scientific's Response to MTI's Motion to Compel to Produce a Witness Pursuant to Fed. R. Civ. P. 30(b)(6) and Documents and Cross-Motion for Protective Order Under Seal (Dkt. No. 441, Feb. 21, 2007) ("Stipulated Miscellaneous Request to File Exhibits F, G, I, K and L Under Seal"), and the Declaration of Henry Z. Carbajal III in support of the Stipulated Miscellaneous Administrative Request, as to Exhibit I. Good cause appearing, **IT IS HEREBY ORDERED AND ADJUDGED** that the Stipulated Miscellaneous Request to File Exhibits F, G, I, K and L Under Seal is **GRANTED**.

**IT IS FURTHER ORDERED** that said Exhibits to the Declaration of Allison H. Stiles (Dkt. No. 439-1) **SHALL BE FILED UNDER SEAL**.

**IT IS SO ORDERED**.

Dated: March 6, 2007

_____
Honorable Richard Seeborg
United States Magistrate Judge

*1262883*