IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Regents of the University of California,<br><br>    Plaintiff,<br>v.<br><br>Micro Therapeutics, Inc. and Dendron GmbH,<br><br>    Defendants and Third Party Plaintiffs,<br>v.<br><br>Boston Scientific Corp. and Target Therapeutics, Inc.,<br><br>    Third Party Defendants. | NO. C 03-05669 JW<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

The Court conducted a case management conference on March 13, 2007. The Court orders as follows:

1. By stipulation of the parties, the current trial dates beginning June 5, 2007 are VACATED. The new trial dates are as follows:

    a) Jury selection: **October 16, 2007 at 9 a.m.**, follow by Session 1 at 1 p.m.

    b) Sessions 2-7: October 17-19, 2007, 9 a.m - 12 noon and 1-4 p.m.

    c) Sessions 8-15: October 23-26, 2007, 9 a.m. - 12 noon and 1-4 p.m.

    d) Sessions 16-23: October 30 through November 2, 2007, 9 a.m. - 12 noon and 1-4 p.m.

1          f)       Sessions 24-30: November 6-9, 2007, 9 a.m. - 12 noon and 1-4 p.m.

2          g)       The parties shall argue and submit on November 9, 2007 at 1 p.m.

3     2.   With respect to whether the patent infringement and such affirmative defenses as

4  inequitable conduct and anti-trust claims should be bifurcated for trial, the Court

5  declines to rule on this issue until the Court issues its orders on the anticipated

6  summary judgment motions.

7     3.   The Court specially set the following hearing dates for the anticipated summary

8  judgment motions:

9          a)       May 1, 2007 at 9 a.m.

10         b)       June 5, 2007 at 9 a.m.

11         c)       July 10, 2007 at 9 a.m.

12         d)       August 21, 2007 at 9 a.m.

13 The motions shall be noticed in accordance with the Civil Local Rules of the Court.

14    4.   The Court sets **August 31, 2007 at 9 a.m.** as the Preliminary Pretrial Conference.

15 Pursuant to the Civil Local Rules of the Court, the parties shall file a joint

16 preliminary pretrial conference statement no later than ten (10) days before the date

17 of the conference.

19 Dated: March 16, 2007

                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Charles G. Curtis ccurtis@hewm.com
Chien-Ju Alice Chen achen@Fenwick.Com
Christopher T. Holding cholding@goodwinprocter.com
Colin G. Sandercock csandercock@proskauer.com
David J. Harth dharth@hewm.com
Gabrielle E. Bina gbina@hewm.com
J. Anthony Downs jdowns@goodwinprocter.com
John S. Skilton jskilton@hewm.com
John S. Skilton jskilton@hewm.com
Julie Lynn Fieber jfieber@flk.com
Lynn H. Pasahow lpasahow@fenwick.com
Michael Francis Kelleher mkelleher@flk.com
Michael J. Shuster mshuster@fenwick.com
Michael K. Plimack mplimack@hewm.com
Michelle M. Umberger mumberger@hewm.com
Patrick E. Premo ppremo@fenwick.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Sarah C. Walkenhorst swalkenhorst@hewm.com
Wendy Lynn Bjerknes Wbjerknes@fenwick.com

Dated:  March 16, 2007                                        **Richard W. Wieking, Clerk**

                                                              **By:   /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**