**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Regents of the University of California, | NO. C 03-05669 JW |
|     Plaintiff/Counterclaim Defendant,<br>v.<br>Micro Therapeutics Inc. et al.,<br>    Defendants/Counterclaimants/Third Party Plaintiffs<br>v.<br>Boston Scientific Corp., et al.,<br>    Third Party Defendants. | **ORDER SETTING BRIEFING SCHEDULE RE: DEFENDANTS' OBJECTIONS TO AND MOTION FOR REVIEW OF MAGISTRATE JUDGE SEEBORG'S ORDER DENYING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

Presently before the Court is Defendants' Objection to and Motion for Review of Magistrate Judge Seeborg's Order Denying Defendants' Motion to Compel Production of Documents. (See Docket Item No. 578.) Pursuant to Civil Local Rule 72-2, the Court may not sustain the objection without affording the opposing party an opportunity to brief the matter. Accordingly, the Court sets the following briefing schedule. The parties may not stipulate to an alternate briefing schedule.

1. Plaintiff shall file its opposition by **May 11, 2007**.

2. Defendants shall file their reply, if any, by **May 18, 2007**.

3. The Court will conduct a hearing on **June 5, 2007 at 9 AM**.

Dated: May 1, 2007

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allison H Stiles astiles@goodwinprocter.com
Amanda Marie Kessel akessel@goodwinprocter.com
Autumn Noelle Nero autumn.nero@hellerehrman.com
Charles G. Curtis ccurtis@hewm.com
Chien-Ju Alice Chuang achuang@fenwick.com
Christopher T. Holding cholding@goodwinprocter.com
Colin G. Sandercock csandercock@proskauer.com
David Edwin Jones dejones@hewm.com
David J. Harth dharth@hewm.com
David L. Anstaett david.anstaett@hellerehrman.com
Gabrielle E. Bina gbina@hewm.com
Henry Zuzueta Carbajal hcarbajal@fenwick.com
J. Anthony Downs jdowns@goodwinprocter.com
John S. Skilton jskilton@hewm.com
John S. Skilton jskilton@hewm.com
Julie Lynn Fieber jfieber@flk.com
Lissa Rose Koop Lissa.Koop@Hellerehrman.com
Lynn H. Pasahow lpasahow@fenwick.com
Michael Francis Kelleher mkelleher@flk.com
Michael G. Strapp mstrapp@goodwinprocter.com
Michael J. Shuster mshuster@fenwick.com
Michael K. Plimack mplimack@hewm.com
Michelle M. Umberger mumberger@hewm.com
Nicole Elise Perroton nperroton@goodwinprocter.com
Patrick E. Premo ppremo@fenwick.com
Patrick S. Thompson pthompson@goodwinprocter.com
Paul F. Ware pware@goodwinprocter.com
Rita A. Hao rita.hao@ucop.edu
Roland Schwillinski rschwillinski@goodwinprocter.com
Sarah C. Walkenhorst swalkenhorst@hewm.com
Wendy Lynn Bjerknes Wbjerknes@fenwick.com

**Dated: May 1, 2007**                              **Richard W. Wieking, Clerk**

                                                    **By:  /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**