LYNN H. PASAHOW (CSB NO. 054283) (lpasahow@fenwick.com)
CHARLENE M. MORROW (CSB NO. 136411) (cmorrow@fenwick.com)
MICHAEL J. SHUSTER (CSB NO. 191611) (mshuster@fenwick.com)
PATRICK E. PREMO (CSB NO. 184915) (ppremo@fenwick.com)
C. J. ALICE CHUANG (CSB NO. 228556) (achuang@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

CHARLES F. ROBINSON (CSB No. 113197) (charles.robinson@ucop.edu)
P. MARTIN SIMPSON (CSB NO. 122867 ) (marty.simpson@
RITA HAO (CSB NO. 191693) (rita.hao@ucop.edu)
UNIVERSITY OF CALIFORNIA
1111 Franklin Street, 8th Floor
Oakland, CA 94607
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

Attorneys for Plaintiff / Counterdefendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>Defendant, | Case No. C 03 05669 JW (RS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET PRETRIAL DEADLINES** |
| MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC. a Delaware corporation,<br><br>Third Party Defendants. | |

JOINT STIPULATION AND [PROPOSED] ORDER
TO SET PRETRIAL deadlines

CASE NO. C 03 05669 JW (RS)

Pursuant to the Case Management Conference of March 13, 2007, Plaintiffs and Counterdefendant The Regents of the University of California ("The Regents"), Defendants and Third Party Plaintiffs Micro Therapeutics, Inc., Dendron GmbH and ev3 Inc. (collectively "MTI"), and Third Party Defendants Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific") hereby stipulate to the following pretrial schedule.

| PRETRIAL / TRIAL ACTIVITIES | DEADLINES |
|---|---|
| L/D for parties to exchange Rebuttal Expert Disclosures and Reports | April 30, 2007 |
| L/D for Parties to Exchange Reply Expert Reports | ~~May 14, 2007~~ June 22, 2007 |
| L/D for parties to complete mediation | May 31, 2007 |
| L/D for parties to complete expert discovery | ~~June 8, 2007~~ July 10, 2007 |
| Hearing on (1) The Regents' Motion for Summary Judgment regarding infringement; and (2) MTI's Motion for Summary Judgment Based on 35 U.S.C. § 112 (including best mode, written description, enablement and/or indefiniteness) | June 5, 2007 at 9:00 a.m. |
| Hearing on (1) The Regents' Motion for Summary Judgment dismissing MTI's invalidity for anticipation defenses; (2) MTI's Motion for Summary Judgment regarding anticipation and obviousness pursuant to 35 U.S.C. § 102/103; and (3) Motion for Summary Judgment regarding MTI's antitrust claims | ~~July 10, 2007 at 9:00 am~~ July 24, 2006 at 9 a.m. |
| L/D to Propound Requests for Admissions on Document Authentication (by email and overnight mail) | July 31, 2007 |
| L/D to file Joint Preliminary Pretrial Statement | August 17, 2007 |
| L/D to file/serve motions *in limine* (including any motion regarding the qualifications or | August 20, 2007 |

JOINT STIPULATION AND [PROPOSED] ORDER TO SET PRETRIAL DEADLINES — - 2 - — CASE NO. C 03 05669 JW (RS)

| PRETRIAL / TRIAL ACTIVITIES | DEADLINES |
|---|---|
| testimony of any expert witness) | |
| Hearing on Motion to Bifurcate | August 21, 2007 at 9:00 am |
| L/D to respond to Requests for Admissions on Document Authentication | August 30, 2007 |
| Preliminary Pretrial Conference | August 31, 2007 |
| • L/D for parties to exchange:<br>  (1) Initial witness list<br>  (2) Initial deposition or other discovery excerpts<br>  (3) Initial exhibit list<br>  Note: Except those offered for impeachment or rebuttal<br>  (4) Proposed voir dire questionnaire<br>  (5) Proposed jury instructions<br>  (6) Proposed verdict forms | September 4, 2007 |
| • L/D to file/serve Oppositions to motions *in limine* (including any motion regarding the qualifications or testimony of any expert witness) | September 10, 2007 |
| File/serve the following:<br>• Objections to:<br>  (1) Witness lists<br>  (2) Exhibit lists<br>  (3) Deposition or other discovery excerpts<br>  (4) Voir dire questionnaire<br>  (5) Jury Instructions<br>  (6) Verdict forms<br>• Identify counter-designations of deposition or other discovery excerpts | September 13, 2007 |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| | |
|---|---|
| L/D for parties to exchange:<br>• Objections to counter-designations of deposition or other discovery excerpts<br>• Rebuttal deposition or other discovery designations | September 20, 2007 |
| Exchange premarked exhibits | September 25, 2007 |
| File Final Joint Pretrial Statement | September 25, 2007 |
| Parties to meet-and-confer regarding:<br>• Trial exhibits and objections<br>• Voir dire questionnaire<br>• Jury instructions<br>• Verdict forms<br>L/D for parties to exchange objections on rebuttal deposition or other discovery designations | September 25, 2007 |
| File/serve the following:<br>• Trial briefs<br>• Final witness list<br>• Final exhibit list<br>• Final voir dire questionnaire<br>• Final jury instructions<br>• Final verdict forms | October 2, 2007 |
| Lodge premarked exhibits and discovery excerpts (including deposition and written discovery excerpts) | October 2, 2007 |
| Final Pretrial Conference | October 9, 2007 |
| Jury trial | Trial begins at 9:00 a.m. on October 16, 2007; continues through November 16, 2007 |

The parties reserve their rights to file cross-motions for summary judgment as to any summary judgment motion filed by another party.

JOINT STIPULATION AND [PROPOSED] ORDER TO SET PRETRIAL DEADLINES — - 4 - — CASE NO. C 03 05669 JW (RS)

| | | |
|---|---|---|
| Dated: April 27, 2007 | By: | **/s/ Patrick Premo** |
| | | Lynn H. Pasahow (SBN 054283) |
| | | Patrick E. Premo (SBN 184915) |
| | | FENWICK & WEST LLP |
| | | Attorneys for Plaintiff/Counterdefendant |
| | | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |
| Dated: April 27, 2007 | By: | **/s/ Michelle Umberger** |
| | | John S. Skilton (*Pro Hac Vice*) |
| | | Michelle M. Umberger (*Pro Hac Vice*) |
| | | HELLER EHRMAN LLP |
| | | Attorneys for Defendants/Counterclaimants |
| | | MICRO THERAPEUTICS, INC. and DENDRON GMBH |
| Dated: April 27, 2007 | By: | **/s/ Roland H. Schwillinski** |
| | | Roland H. Schwillinski (*Pro Hac Vice*) |
| | | GOODWIN PROCTER LLP |
| | | Attorneys for Third Party Defendants |
| | | BOSTON SCIENTIFIC and TARGET THERAPEUTICS, INC. |

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Please note that the Court has made significant changes to the proposed schedule.

Dated: ~~April ___, 2007~~
       May 1, 2007

_____
The Honorable James Ware
United States District Judge

1264655