1    LYNN H. PASAHOW (CSB NO. 054283)  (lpasahow@fenwick.com)
     CHARLENE M. MORROW (CSB NO. 136411)  (cmorrow@fenwick.com)
2    MICHAEL J. SHUSTER (CSB NO. 191611)  (mshuster@fenwick.com)
     PATRICK E. PREMO (CSB NO. 184915)  (ppremo@fenwick.com)
3    C. J. ALICE CHUANG (CSB NO. 228556)  (achuang@fenwick.com)
     FENWICK & WEST LLP
4    Silicon Valley Center
     801 California Street
5    Mountain View, CA  94041
     Telephone:  (650) 988-8500
6    Facsimile:  (650) 938-5200

7    CHARLES F. ROBINSON (CSB No. 113197)  (charles.robinson@ucop.edu)
     P. MARTIN SIMPSON (CSB NO. 122867 )  (marty.simpson@ucop.edu)
8    RITA HAO (CSB NO. 191693)  (rita.hao@ucop.edu)
     UNIVERSITY OF CALIFORNIA
9    1111 Franklin Street, 8th Floor
     Oakland, CA  94607
10   Telephone:  (510) 987-9800
     Facsimile:  (510) 987-9757

11

     Attorneys for Plaintiff / Counterdefendant
12   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

13                      UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15
     THE REGENTS OF THE UNIVERSITY OF          Case No. C 03 05669 JW (RS)
16   CALIFORNIA,
                                               JOINT STIPULATION AND [PROPOSED]
17                    Plaintiff,               ORDER RE EXPERT DEADLINES
              v.                               [CIV. L. R. 6-2, 7-12]
18
     MICRO THERAPEUTICS, INC., a Delaware
19   corporation, DENDRON GmbH, a German
     corporation, and ev3 INC., a Delaware
20   corporation,

21                    Defendant,

22   MICRO THERAPEUTICS, INC., a Delaware
     corporation, and DENDRON GmbH, a German
23   corporation,

                      Third Party Plaintiffs,
24            v.

25
     BOSTON SCIENTIFIC CORPORATION,
26   a Delaware corporation, and TARGET
     THERAPEUTICS, INC. a Delaware corporation,
27
                      Third Party Defendants.
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Counterdefendant The Regents of

2   the University of California ("The Regents"), Defendants and Third Party Plaintiffs Micro

3   Therapeutics, Inc., Dendron GmbH and ev3 Inc. (collectively "MTI"), and Third Party Defendants

4   Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific")

5   hereby stipulate and jointly request the following modification to expert deadlines.

6    The proposed schedule advances the deadline for all expert reply reports with the exception

7   of MTI's expert reply reports on invalidity.  The parties propose extending MTI's reply reports on

8   invalidity by only three days.  *See* accompanying Declaration of Patrick Premo filed in support of

9   this stipulation ("Premo Decl.") ¶ 4.

| PRETRIAL / TRIAL ACTIVITIES | DEADLINES |
|---|---|
| • L/D for MTI to supplement its Opening Expert Reports on Invalidity <br><br> • L/D for The Regents to serve Reply Expert Reports in response to MTI's Rebuttal Reports being served on May 7, 2007 | May 21, 2007 |
| • L/D for MTI to serve Reply Expert Reports in Response to the Expert Rebuttal Reports of Boston Scientific and The Regents served on April 30 and May 3, 2007 <br><br> • L/D for The Regents to serve Reply Expert Report to MTI's Rebuttal Report served on May 3, 2007 | May 25, 2007 |
| L/D for The Regents to Exchange Rebuttal Expert Disclosures and Reports in response to MTI's Opening and Supplemental Reports served on April 2 and May 21, 2007, respectively | June 11, 2007 |
| L/D for MTI to serve Reply Expert Reports in response to The Regents' Rebuttal Reports being served on June 11, 2007 | June 25, 2007 |
| L/D for Parties to Complete Expert Discovery | July 13, 2007 |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT STIPULATION AND [PROPOSED] ORDER re    - 2 -    CASE NO. C03 05669 JW (RS)
EXPERT DEADLINES

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    The Court and parties have made limited adjustments to fact and expert discovery in

2  stipulations or orders filed on June 27, 2006 (Dkt. 344), January 12, 2007 (Dkt. 385), March 29,

3  2007 (Dkt. 532), and May 1, 2007 (Dkt. 622).   The proposed modification will not impact

4  hearing dates for scheduled motions for summary judgment, will not alter any other pretrial

5  deadlines, and will not move the trial date, which is currently set for October 16, 2007.  (Premo

6  Decl. ¶¶ 4-5.)

7
Dated: May 10, 2007                    By:    _____**/s/ Charlene M. Morrow**_____
8                                              Lynn H. Pasahow (SBN 054283)
                                               Charlene M. Morrow (SBN 136411)
9                                              Patrick E. Premo (SBN 184915)
                                               FENWICK & WEST LLP
10                                             Attorneys for Plaintiff/Counterdefendant
                                               THE REGENTS OF THE UNIVERSITY OF
11                                             CALIFORNIA

12
Dated: May 10, 2007                    By:    _____**/s/ Michelle Umberger**_____
13                                             John S. Skilton (*Pro Hac Vice*)
                                               Michelle M. Umberger (*Pro Hac Vice*)
14                                             HELLER EHRMAN LLP
                                               Attorneys for Defendants/Counterclaimants
15                                             MICRO THERAPEUTICS, INC. and DENDRON GMBH

16
Dated: May 10, 2007                    By:    _____**/s/ Roland H. Schwillinski**_____
17                                             Roland H. Schwillinski (*Pro Hac Vice*)
                                               GOODWIN PROCTER LLP
18                                             Attorneys for Third Party Defendants
                                               BOSTON SCIENTIFIC and TARGET THERAPEUTICS,
19                                             INC.

20

21                              **ORDER**

22

23      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24

25  Dated: May _10_, 2007            _____

26                                    The Honorable James Ware
                                      United States District Judge

27

28                                                                        *1266808*

JOINT STIPULATION AND [PROPOSED] ORDER RE          - 3 -          CASE NO. C03 05669 JW (RS)
EXPERT DEADLINES