LYNN H. PASAHOW (CSB No. 054283) (lpasahow@fenwick.com)
CHARLENE M. MORROW (CSB No. 136411) (cmorrow@fenwick.com)
MICHAEL J. SHUSTER (CSB No. 191611) (mshuster@fenwick.com)
PATRICK E. PREMO (CSB No. 184915) (ppremo@fenwick.com)
C. J. ALICE CHUANG (CSB No. 228556) (achuang@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

CHARLES F. ROBINSON (CSB No. 113197) (charles.robinson@ucop.edu)
P. MARTIN SIMPSON (CSB No. 122867) (marty.simpson@ucop.edu)
RITA HAO (CSB No. 191693) (rita.hao@ucop.edu)
UNIVERSITY OF CALIFORNIA
1111 Franklin Street, 8th Floor
Oakland, CA 94607
Telephone:   (510) 987-9800
Facsimile:    (510) 987-9757

Attorneys for Plaintiff/Counterdefendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, DENDRON GmbH, a German corporation, and ev3 INC., a Delaware corporation,<br><br>    Defendants,<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>    Third Party Plaintiffs,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC. a Delaware corporation,<br><br>    Third Party Defendants. | Case No. C 03 05669 JW (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND MOTION FOR PARTIAL SUMMARY ADJUDICATION OF INFRINGEMENT AND DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**<br><br>[CIV. L.R. 6-2] |

1   Pursuant to Civil Local Rule 6-2, Plaintiff and Cross-Defendant The Regents of the University of California ("The Regents") hereby respectfully requests an order extending by one day the June 26, 2007 hearing date associated with Plaintiff's MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF CLAIM 4 OF U.S. PATENT NO. 5,122,136 AND CLAIMS 11, 12, 13, AND 16 OF U.S. PATENT NO. 5,855,578 (hereinafter "Plaintiff's Motion for Summary Judgment"), and Defendants' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT (hereinafter "Defendants' Cross-Motion"). Defendants, Cross-Complainants, and Third Party Plaintiffs Micro Therapeutics, Inc., Dendron GmbH, and ev3 Inc., and Third Party Defendants Boston Scientific Corporation and Target Therapeutics, Inc., have stipulated to The Regents' request.

The reason for the request for the June 27 hearing date is due to the fact that lead counsel for The Regents will be attending a mandatory settlement conference in an unrelated action. Thus, they will be unable to attend or otherwise participate in the hearing currently set for June 26, 2007. *See* accompanying Declaration of Patrick E. Premo ("Premo Decl.") ¶ 4. Given the dispositive nature of the two motions, it is imperative that lead counsel be present to argue the motions.

The Court on its own motion had set the June 26, 2007 hearing date in response to MTI's Cross-Motion and Motion to Shorten Time filed on May 15, 2007. The parties have made no other requests to change the date of the pending Motion and Cross-Motion for Summary Judgment. *Id.* at 4. No other Court deadlines will be affected by this request. *Id.*

**IT IS HEREBY STIPULATED AND AGREED** Plaintiff's Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment will be continued from June 26, 2007 until June 27, 2007.

**IT IS SO STIPULATED.**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# ATTESTATION

Concurrence in the filing of this document has been obtained from the other signatory.

DATED: May 24, 2007        By:        /s/ Patrick E. Premo

FENWICK & WEST LLP
Lynn H. Pasahow (Bar No. 054283)
Michael J. Shuster (Bar No. 191611)
Charlene M. Morrow (Bar No.
Patrick E. Premo (Bar No. 184915)
Silicon Valley Center, 801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500

Attorneys for Plaintiff/Counterclaim Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

DATED: May 24, 2007        By:        /s/ Michelle Umberger

HELLER EHRMAN WHITE & McAULIFFE LLP
Michael K. Plimack (Bar No. 133869)
John S. Skilton (*Pro Hac Vice*)
Charles G. Curtis, Jr. (*Pro Hac Vice*)
Michelle Umberger (*Pro Hac Vice*)
Gabrielle E. Bina (*Pro Hac Vice*)
Sarah C. Walkenhorst (*Pro Hac Vice*)
One East Main Street, Suite 102
Madison, WI  53703
Telephone (608) 663-7460

HELLER EHRMAN WHITE & McAULIFFE LLP
Michael K. Plimack (Bar No. 133869)
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000

HELLER EHRMAN WHITE & McAULIFFE LLP
Colin G. Sandercock (*Pro Hac Vice*)
Marvin A. Motsenbocker (*Pro Hac Vice*)
1666 K Street, N.W., Suite 300
Washington, D.C.  20006
Telephone: (202) 912-2000

Attorneys for Defendants and Counterclaim and Third Party Plaintiffs
MICRO THERAPEUTICS, INC. AND DENDRON GMBH

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTIONS FOR SUMMARY JUDGMENT     - 2 -     CASE NO. C 03 05669 JW (RS)

| | | |
|---|---|---|
| Dated: May 24, 2007 | By: | **/s/ Patrick S. Thompson** |

Patrick S. Thompson (SBN No. 160804)
GOODWIN PROCTER LLP
101 California Street
San Francisco, California 94111

Telephone: (415) 733-6000
Facsimile: (415) 677-9041

| | | |
|---|---|---|
| Dated: May 24, 2007 | By: | **/s/ Roland H. Schwillinski** |

J. Anthony Downs (*Pro Hac Vice*)
Roland H. Schwillinski (*Pro Hac Vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

Attorneys for Third Party Defendants
BOSTON
SCIENTIFIC AND TARGET THERAPEUTICS, INC.

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: \_\_\_\_\_May 25_____, 2007

/s/ James Ware
The Honorable James Ware
United States District Judge

*1267693*