IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Regents of the University of California,<br><br>　　　　Plaintiff,<br>　v.<br><br>Micro Therapeutics, Inc. and Dendron GmbH,<br><br>　　　　Defendants and Third Party<br>　　　　Plaintiffs,<br>　v.<br><br>Boston Scientific Corp. and Target Therapeutics, Inc.,<br><br>　　　　Third Party Defendants. | NO. C 03-05669 JW<br><br>**ORDER RE: SCHEDULE FOR TUESDAY, JUNE 5, 2007 HEARING ON MOTIONS** |

Having reviewed the papers submitted for the motions currently set for hearing on **June 5, 2007**, the Court sets the following schedule for the day:

(1) Defendants' Objection to and Motion for Review of Magistrate Judge Seeborg's Order Denying Defendants' Motion to Compel Production of Documents
　　*** MORNING SESSION 20 MINUTES EACH SIDE ****

(2) Defendants' Motion for Reconsideration of the Court's March 2, 2007 Supplemental Claims Construction Order
　　*** MORNING SESSION 30 MINUTES EACH SIDE ***

(3) Defendant MTI's Motion for Summary Judgment Based on 35 U.S.C. Section 112
　　*** AFTERNOON SESSION 1 HOUR EACH SIDE ***

(4) Plaintiff's Motion to Strike Portions of Defendants' Expert Reports and Disclosures
　　*** SUBMITTED WITHOUT ORAL ARGUMENTS ***

(5) Plaintiff's Motion to Strike Portions of Defendants' Final Invalidity Contentions and Expert Reports
　　*** SUBMITTED WITHOUT ORAL ARGUMENTS ***

Dated: June 4, 2007

　　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Charles G. Curtis ccurtis@hewm.com
Chien-Ju Alice Chen achen@Fenwick.Com
Christopher T. Holding cholding@goodwinprocter.com
Colin G. Sandercock csandercock@proskauer.com
David J. Harth dharth@hewm.com
Gabrielle E. Bina gbina@hewm.com
J. Anthony Downs jdowns@goodwinprocter.com
John S. Skilton jskilton@hewm.com
John S. Skilton jskilton@hewm.com
Julie Lynn Fieber jfieber@flk.com
Lynn H. Pasahow lpasahow@fenwick.com
Michael Francis Kelleher mkelleher@flk.com
Michael J. Shuster mshuster@fenwick.com
Michael K. Plimack mplimack@hewm.com
Michelle M. Umberger mumberger@hewm.com
Patrick E. Premo ppremo@fenwick.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Sarah C. Walkenhorst swalkenhorst@hewm.com
Wendy Lynn Bjerknes Wbjerknes@fenwick.com

Dated: June 4, 2007                              Richard W. Wieking, Clerk

                                                            By:   /s/ JW Chambers
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California