1   LYNN H. PASAHOW (CSB No. 054283) (lpasahow@fenwick.com)
    CHARLENE M. MORROW (CSB No. 136411) (cmorrow@fenwick.com)
2   MICHAEL J. SHUSTER (CSB No. 191611) (mshuster@fenwick.com)
    PATRICK E. PREMO (CSB No. 184915) (ppremo@fenwick.com)
3   C. J. ALICE CHUANG (CSB No. 228556) (achuang@fenwick.com)
    FENWICK & WEST LLP
4   Silicon Valley Center, 801 California Street
    Mountain View, CA  94041
5   Telephone:   (650) 988-8500
    Facsimile:   (650) 938-5200
6
    CHARLES F. ROBINSON (CSB No. 113197) (charles.robinson@ucop.edu)
7   P. MARTIN SIMPSON (CSB No. 122867) (marty.simpson@ucop.edu)
    RITA HAO (CSB No. 191693) (rita.hao@ucop.edu)
8   UNIVERSITY OF CALIFORNIA
    1111 Franklin Street, 8th Floor
9   Oakland, CA  94607
    Telephone:   (510) 987-9800
10  Facsimile:   (510) 987-9757

11  Attorneys for Plaintiff/Counterdefendant
    THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15  THE REGENTS OF THE UNIVERSITY OF           Case No. C 03 05669 JW (RS)
    CALIFORNIA,
16                                             [PROPOSED] ORDER RE STIPULATION TO
                       Plaintiff,              SHORTEN TIME RE MOTION TO STRIKE
17                                             EXHIBITS OF DEFENDANTS' MOTION FOR
          v.                                   SUMMARY JUDGMENT ; _____
18  MICRO THERAPEUTICS, INC., a Delaware
    corporation, DENDRON GmbH, a German        ORDER CONTINUING HEARING
19  corporation, and ev3 INC., a Delaware      ON ALL MOTIONS CURRENTLY
    corporation,                               SET FOR JULY 24, 2007
20
                       Defendants,
21  MICRO THERAPEUTICS, INC., a Delaware
    corporation, and DENDRON GmbH, a German
22  corporation,

23                     Third Party Plaintiffs,

          v.
24
    BOSTON SCIENTIFIC CORPORATION,
25  a Delaware corporation, and TARGET
    THERAPEUTICS, INC., a Delaware corporation,
26
                       Third Party Defendants.
27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

IT IS SO ORDERED
James Ware
Judge James Ware

1    This Court has considered the Stipulation To Shorten Time Regarding The Regents'

2    Motion to Strike Exhibits of Defendants' Motion for Summary Judgment.  It is hereby ordered

3    that:

4         1.    The hearing for the Motion to Strike Exhibits of Defendants' Motion for Summary

5               Judgment is set for **July 31, 2007 at 9 a.m.**

6         2.    Defendants' Opposition shall be filed by **July 13, 2007.**

7         3.    Regents' Reply, if any, shall be filed by **July 18, 2007.**

8         In addition, due to the Court's unavailability, the July 24, 2007 hearing set for the following

9    motions is continued to **July 31, 2007 at 9 AM:**

10

11       1.  Defendants' Motion for Partial Summary Judgment Pursuant to 35 U.S.C. Sections 102;

12       2.  Plaintiff's Motion for Summary Judgment MTI's Third and Fourth Counterclaims for
             Alleged Antitrust;

13

14       3.  Third Party Defendant Boston's Motion for Summary Judgment  Pursuant to 56(c).

15

16   Dated:  July 5, 2007                    _____

             JAMES WARE

17            United States District Judge

18

19

20

21

22

23

24

25

26

27

28

Fenwick & West LLP
Attorneys At Law
Mountain View