***E-EILED 7/23/07*** 

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | NO. C 03 05669 JW (RS) |
| Plaintiff/Counterclaim Defendant, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| MICRO THERAPEUTICS, INC., et al, | |
| Defendants/Counterclaimants and Third Party Plaintiffs, | |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, et al. | |
| Third Party Defendants. | |

The Court has received defendants' letter dated July 20, 2007, relating to their desire to depose attorney Daniel Dawes for an additional 1.5 hours, in light of recent Court rulings requiring UC to produce correspondence between Dawes and others that had previously been withheld under a claim of privilege. Ordinarily, parties seeking expedited relief should comply with Civil Local Rule 6. The Court will also, where appropriate, entertain informal requests for Court action, but parties seeking such relief preferably should obtain advance approval from the Court and should submit joint letter briefs outlining the nature of the dispute and the parties' respective positions both on the merits and as to how the matter can or should be addressed procedurally. Local Rule 37-1(b),

cited in defendants' letter, is designed to permit expedited resolution of disputes that arise "during a discovery event," such as a deposition, when "disposition of the dispute during the discovery event likely would result in substantial savings of expense or time." As the matter raised in defendant's letter does not arise from a discovery event that is in-progress, Rule 37-1 (b) is not applicable.

Nevertheless, in the interest of judicial efficiency and on the understanding that the parties hereafter will not be permitted to seek relief through unilaterally filed letter requests, the Court will in this instance deem defendant's letter to have been filed in compliance with Local Rule 6-3 and 7-1. Good cause appearing, it is hereby ordered that no later than 4:00 p.m. on July 26, 2007, UC shall file any opposition it may have, in a brief not to exceed 15 pages, as to why Daniel Dawes should not be produced for further deposition not to exceed 1.5 hours, and limited to the subjects implicated by the recent court-ordered production of previously withheld documents. The matter will then be submitted without further briefing or oral argument. The Court anticipates ruling on the matter in time to permit the deposition to go forward on August 1, 2007, in the event the deposition is allowed.

IT IS SO ORDERED.

Dated: July 23, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 03 05669 JW (RS)

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

David L. Anstaett    david.anstaett@hellerehrman.com

Gabrielle E. Bina    gbina@hewm.com

Wendy Lynn Bjerknes    Wbjerknes@fenwick.com

Henry Zuzueta Carbajal , III    hcarbajal@fenwick.com, ssanford@fenwick.com

Carolyn Chang    cchang@fenwick.com, vschmitt@fenwick.com

Chien-Ju Alice Chuang    achuang@fenwick.com, dyoungman@fenwick.com

Charles G. Curtis , Jr    ccurtis@hewm.com

J. Anthony Downs    jdowns@goodwinprocter.com

Julie Lynn Fieber    jfieber@flk.com

Rita A. Hao    rita.hao@ucop.edu

David J. Harth    dharth@hewm.com, pdean@hewm.com, tanders@hewm.com, tgresl@hewm.com

David Edwin Jones    dejones@hewm.com

Michael Francis Kelleher    mkelleher@flk.com

Amanda Marie Kessel    akessel@goodwinprocter.com

Lissa Rose Koop    Lissa.Koop@Hellerehrman.com

Charlene Marie Morrow    cmorrow@fenwick.com

Autumn Noelle Nero    autumn.nero@hellerehrman.com, djmorgan@hellerhman.com

Lynn Harold Pasahow    lpasahow@fenwick.com

Nicole Elise Perroton    nperroton@goodwinprocter.com, lthomas@goodwinprocter.com

Michael Kenneth Plimack    mplimack@hewm.com

Patrick Eugene Premo    ppremo@fenwick.com, mguidoux@fenwick.com

Colin G. Sandercock    csandercock@proskauer.com, cherron@proskauer.com

Roland Schwillinski    rschwillinski@goodwinprocter.com

Michael Jeffrey Shuster    mshuster@fenwick.com, tthomas@fenwick.com

John S. Skilton    jskilton@hewm.com

Allison H Stiles    astiles@goodwinprocter.com

ORDER
C 03 05669 JW (RS)

United States District Court
For the Northern District of California

1 | Michael G. Strapp     mstrapp@goodwinprocter.com

2 | Patrick Shaun Thompson     pthompson@goodwinprocter.com

3 | Michelle M. Umberger     mumberger@hewm.com, zseyferth@hewm.com

4 | Sarah C. Walkenhorst     swalkenhorst@hewm.com

5 | Paul F. Ware , Jr     pware@goodwinprocter.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 7/23/07**      **Chambers of Judge Richard Seeborg**

**By:**     **/s/ BAK**