**\*E-FILED 7/26/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | NO. C 03 05669 JW (RS) |
| Plaintiff/Counterclaim Defendant, | **ORDER** |
| v. | |
| MICRO THERAPEUTICS, INC., et al, | |
| Defendants/Counterclaimants and Third Party Plaintiffs, | |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, et al. | |
| Third Party Defendants. | |

Pursuant to defendants' letter dated July 20, 2007, the Court's order setting briefing filed on July 23, 2007, and plaintiff's response filed July 26, 2007, and good cause appearing, IT IS HEREBY ORDERED THAT: Daniel Dawes shall be produced for further deposition not to exceed 1.5 hours, limited to the subjects implicated by the recent court-ordered production of previously

1

withheld documents.  Plaintiff represents that the parties have agreed the deposition will commence at 10:30 a.m. on August 7, 2007.

IT IS SO ORDERED.

Dated: 7/26/07

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 03 05669 JW (RS)

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

David L. Anstaett    david.anstaett@hellerehrman.com

Gabrielle E. Bina    gbina@hewm.com

Wendy Lynn Bjerknes    Wbjerknes@fenwick.com

Henry Zuzueta Carbajal , III    hcarbajal@fenwick.com, ssanford@fenwick.com

Carolyn Chang    cchang@fenwick.com, vschmitt@fenwick.com

Chien-Ju Alice Chuang    achuang@fenwick.com, dyoungman@fenwick.com

Charles G. Curtis , Jr    ccurtis@hewm.com

J. Anthony Downs    jdowns@goodwinprocter.com

Julie Lynn Fieber    jfieber@flk.com

Rita A. Hao    rita.hao@ucop.edu

David J. Harth    dharth@hewm.com, pdean@hewm.com, tanders@hewm.com, tgresl@hewm.com

David Edwin Jones    dejones@hewm.com

Michael Francis Kelleher    mkelleher@flk.com

Amanda Marie Kessel    akessel@goodwinprocter.com

Lissa Rose Koop    Lissa.Koop@Hellerehrman.com

Charlene Marie Morrow    cmorrow@fenwick.com

Autumn Noelle Nero    autumn.nero@hellerehrman.com, djmorgan@hellerhman.com

Lynn Harold Pasahow    lpasahow@fenwick.com

Nicole Elise Perroton    nperroton@goodwinprocter.com, lthomas@goodwinprocter.com

Michael Kenneth Plimack    mplimack@hewm.com

Patrick Eugene Premo    ppremo@fenwick.com, mguidoux@fenwick.com

Colin G. Sandercock    csandercock@proskauer.com, cherron@proskauer.com

Roland Schwillinski    rschwillinski@goodwinprocter.com

Michael Jeffrey Shuster    mshuster@fenwick.com, tthomas@fenwick.com

John S. Skilton    jskilton@hewm.com

Allison H Stiles    astiles@goodwinprocter.com

ORDER
C 03 05669 JW (RS)

3

1 | Michael G. Strapp    mstrapp@goodwinprocter.com

2 | Patrick Shaun Thompson    pthompson@goodwinprocter.com

3 | Michelle M. Umberger    mumberger@hewm.com, zseyferth@hewm.com

4 | Sarah C. Walkenhorst    swalkenhorst@hewm.com

5 | Paul F. Ware , Jr    pware@goodwinprocter.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 7/26/07**  **Chambers of Judge Richard Seeborg**

**By:**    **/s/ BAK**

ORDER
C 03 05669 JW (RS)

4