**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Regents of the University of California, | NO. C 03-05669 JW |
| Plaintiff/Counterclaim Defendant, | **ORDER RE: BOSTON'S AND THE REGENTS' MOTIONS FOR SUMMARY JUDGMENT WITH RESPECT TO MTI'S ANTITRUST COUNTERCLAIM AND THIRD PARTY CLAIM** |
| v. | |
| Micro Therapeutics Inc., et al., | |
| Defendants/Counterclaimants/Third Party Plaintiffs | |
| v. | |
| Boston Scientific Corp., et al., | |
| Third Party Defendants. | |

MTI's Oppositions to (1) The Regents' Motion for Summary Judgment on Defendants' Third and Fourth Counterclaims for Alleged Antitrust Violations and (2) Third Party Defendant Boston's Motion for Summary Judgment were putatively submitted under seal. (See Docket Item Nos. 771, 772.) The Court is not currently in receipt of either Opposition. MTI shall relodge both documents with the Clerk's Office by tomorrow, **Tuesday, July 31, 2007**.

Dated: July 30, 2007

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Allison H Stiles astiles@goodwinprocter.com
Amanda Marie Kessel akessel@goodwinprocter.com
3  Autumn Noelle Nero autumn.nero@hellerehrman.com
Autumn Noelle Nero autumn.nero@hellerehrman.com
4  Carolyn Chang cchang@fenwick.com
Charlene Marie Morrow cmorrow@fenwick.com
5  Charles G. Curtis ccurtis@hewm.com
Chien-Ju Alice Chuang achuang@fenwick.com
6  Christopher T. Holding cholding@goodwinprocter.com
Colin G. Sandercock csandercock@proskauer.com
7  David Edwin Jones dejones@hewm.com
David J. Harth dharth@hewm.com
8  David L. Anstaett david.anstaett@hellerehrman.com
David L. Anstaett david.anstaett@hellerehrman.com
9  Gabrielle E. Bina gbina@hewm.com
Henry Zuzueta Carbajal hcarbajal@fenwick.com
10  J. Anthony Downs jdowns@goodwinprocter.com
John S. Skilton jskilton@hewm.com
11  John S. Skilton jskilton@hewm.com
Julie Lynn Fieber jfieber@flk.com
12  Lissa Rose Koop Lissa.Koop@Hellerehrman.com
Lynn Harold Pasahow lpasahow@fenwick.com
13  Michael Francis Kelleher mkelleher@flk.com
Michael G. Strapp mstrapp@goodwinprocter.com
14  Michael Jeffrey Shuster mshuster@fenwick.com
Michael Kenneth Plimack mplimack@hewm.com
15  Michelle M. Umberger mumberger@hewm.com
Nicole Elise Perroton nperroton@goodwinprocter.com
16  Patrick Eugene Premo ppremo@fenwick.com
Patrick Shaun Thompson pthompson@goodwinprocter.com
17  Paul F. Ware pware@goodwinprocter.com
Rita A. Hao rita.hao@ucop.edu
18  Roland Schwillinski rschwillinski@goodwinprocter.com
Sarah C. Walkenhorst swalkenhorst@hewm.com
19  Wendy Lynn Bjerknes Wbjerknes@fenwick.com

20 **Dated: July 30, 2007**                                                    **Richard W. Wieking, Clerk**

21
                                                                                              **By:  /s/ JW Chambers**
22                                                                                                **Elizabeth Garcia**
                                                                                                     **Courtroom Deputy**
23

24

25

26

27

28