[List of Counsel Appears Below]



8/20/2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>                              Plaintiff,<br><br>    v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, DENDRON GmbH, a German corporation, and ev3 Inc., a Delaware corporation,<br><br>              Defendants and Counterclaim<br>              And Third Party Plaintiffs,<br>    v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC., a Delaware corporation,<br><br>Third Party Defendants. | Case No.: C 03 05669 (JW) (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CERTAIN PRETRIAL DEADLINES** |

**It is hereby stipulated and agreed** by and between Plaintiff and Counterclaim defendant The Regents of the University of California ("The Regents"), Defendants, Counterclaim Plaintiffs, and Third Party Plaintiffs Micro Therapeutics, Inc., ev3 Inc., and Dendron GmbH (collectively "MTI"), and Third Party Defendants Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific"), through their respective counsel of record as follows:

In accordance with the Court's suggestion at the July 31, 2007 Case Management Conference (*see* Dkt. 838), the parties met and conferred for the purpose of identifying and structuring the issues to be tried in this matter from October 16, 2007, through November 9, 2007. The parties will shortly submit for the Court's review a Joint Submission Regarding Trial Structure in advance of the bifurcation hearing set for August 20, 2007. However, in the meantime the parties agree that the following modifications to the Joint Stipulation and Order to Set Pretrial Deadlines entered by the Court on May 1, 2007 (Dkt. 622) ("May 1 Scheduling Order") will facilitate the streamlining and structuring of issues for trial.

Pursuant to the May 1 Scheduling Order, the current deadline for filing and serving all motions *in limine* is August 20, 2007, and the deadline for responding to such motions is September 10, 2007. In order to facilitate an informed determination by the Court concerning the content and sequence of the trial, the parties stipulate and agree that:

- A first round of motions *in limine* will be served and filed on August 20, 2007. All responses to these motions will be due on August 31, 2007. There shall be no replies. These motions shall be heard by the Court at the Pretrial Conference presently set for September 7, 2007.

- A second round of motions *in limine* will be served and filed on September 10, 2007. All responses to these motions will be due on September 17, 2007. There shall be no replies. These motions shall be heard by the Court on September 24, 2007.

The May 1 Scheduling Order also established September 4, 2007, as the deadline for the parties to exchange initial witness lists, initial deposition or other discovery excerpts, initial exhibit lists, proposed *voir dire* questionnaires, proposed jury instructions and proposed verdict forms. The parties stipulate and agree that:

- No *in limine* motions, witness lists, deposition or other discovery excerpts, exhibit lists, proposed *voir dire* questionnaires, proposed jury instructions, or proposed verdict forms, or any responses, counter-designations, or objections thereto, shall be exchanged, served or filed by the parties with respect to the

- non-*Walker Process* antitrust issues (*e.g.*, *Handgards*/sham litigation, relevant market, intent to monopolize the relevant market, antitrust injury and damages, conspiracy, and dangerous probability of achieving monopoly power), until further order of the Court.

- The parties have not reached an agreement regarding whether the *Walker Process* fraud issues or the inequitable conduct issues should be tried in a first or later phase of the trial. The parties' respective positions are set forth in more detail in the Joint Submission Regarding Trial Structure.

Finally, the May 1 Scheduling Order established August 17, 2007, as the deadline for the parties to file a Joint Preliminary Pretrial Statement, and also set a Preliminary Pretrial Conference for August 31, 2007. Because the Court rescheduled the Pretrial Conference for September 7, 2007, the parties stipulate and agree that the Joint Preliminary Pretrial Statement will be due on August 24, 2007. The parties intend to seek the Court's guidance as to the content of the Joint Preliminary Pretrial Statement at the August 20, 2007 bifurcation hearing.

STIPULATION AND [PROPOSED] ORDER MODIFYING CERTAIN PRETRIAL DEADLINES

CASE NO: C 03 05669 JW (RS)

**IT IS SO STIPULATED.**

DATED: August 16, 2007          By:  /s/ Michelle M. Umberger
                                 HELLER EHRMAN LLP
                                 John S. Skilton (*Pro Hac Vice*)
                                 John.Skilton@Hellerehrman.com
                                 David J. Harth (*Pro Hac Vice*)
                                 David.Harth@Hellerehrman.com
                                 Michelle M. Umberger (*Pro Hac Vice*)
                                 Michelle.Umberger@Hellerehrman.com
                                 One East Main Street, Suite 201
                                 Madison, WI 53703
                                 Telephone: (608) 663-7460
                                 Facsimile: (608) 663-7499

                                 Attorneys for Defendants/Counterclaimants and Third Party Plaintiffs MICRO THERAPEUTICS, INC., DENDRON GmbH and ev3 INC.

DATED: August 16, 2007          By:  /s/ Patrick E. Premo
                                 FENWICK & WEST LLP
                                 Lynn H. Pasahow (Bar No. 054283)
                                 lpasahow@fenwick.com
                                 Patrick E. Premo (Bar No. 184915)
                                 ppremo@fenwick.com
                                 Silicon Valley Center
                                 801 California Street
                                 Mountain View, California 94041
                                 Telephone: (650) 988-8500

                                 Attorneys for Plaintiff/Counter-defendant
                                 THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

DATED: August 16, 2007          By:  /s/ Patrick S. Thompson
                                 Patrick S. Thompson (*Pro Hac Vice*)
                                 GOODWIN PROCTER LLP
                                 101 California Street, Suite 1850
                                 San Francisco, CA 94111
                                 Telephone: (415) 733-6000
                                 Attorneys for Third Party Defendants
                                 BOSTON SCIENTIFIC and TARGET THERAPEUTICS, INC.

1
## ORDER

2  **Pursuant to the Stipulation it is so ordered.** The 9/7/2007 and 10/9/2007 Final Pretrial dates have
been vacated.  The Court sets a Final Pretrial Conference for 9/24/2007 at 4:00 PM.  The parties shall
3  file a joint pretrial statement by 9/14/2007.  The Motion in Limine hearings are scheduled as
stipulated.  The timing is as follows: Motion in Limine Hearing on 9/7/2007 at 9:00 AM.  Motion in
4  limine hearing on 9/24/2007 at 4:00 PM.

5  Date:  August 20, 2007              _____
                                        The Honorable James Ware
6                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28