[List of Counsel Appears Below]



IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, DENDRON GmbH, a German corporation, and ev3 Inc., a Delaware corporation,<br><br>       Defendants and Counterclaim<br>       And Third Party Plaintiffs,<br><br>  v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC., a Delaware corporation,<br><br>Third Party Defendants. | Case No.: C 03 05669 (JW) (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER** |

**It is hereby stipulated and agreed** by and between Plaintiff and Counterclaim defendant The Regents of the University of California ("The Regents") and Defendants, Counterclaim Plaintiffs, and Third Party Plaintiffs Micro Therapeutics, Inc., ev3 Inc., and Dendron GmbH (collectively "MTI"), through their respective counsel of record as follows:

In an Order dated August 9, 2007, Magistrate Judge Seeborg granted The Regents' motion seeking discovery of MTI's attorney billing records in this litigation. *See* Order Granting Motion To Compel, Dkt. No. 841, Aug. 9, 2007 ("Order"). The Order gives MTI until August

1  29, 2007, to produce the billing records.  On August 22, 2007, pursuant to Fed. R. Civ. P. 72(a)
2  and Civil Local Rule 72-2, MTI objected to Magistrate Seeborg's Order.  *See* Objection to
3  Magistrate Judge's Order Granting Plaintiff's Motion to Compel and Request for Stay ("MTI's
4  Objection"), filed concurrently herewith.  MTI and The Regents have agreed and stipulated that
5  MTI need not comply with the Order until the earlier of (a) a ruling from this Court on MTI's
6  Objection, or (b) MTI's Objection is deemed denied by operation of Civil Local Rule 72-2 ("If
7  no order denying the motion or setting a briefing schedule is made within 15 days of filing the
8  objection, the objection shall be deemed denied. The Clerk shall notify parties when an objection
9  has been deemed denied.").  Within five days after MTI's objection is ruled on or otherwise
10 denied by operation of Civil Local Rule 72-2, MTI will begin a rolling production of billing
11 records, to be completed no later than 20 days from the date of any order or denial under Rule
12 72-2.

**IT IS SO STIPULATED.**

DATED:   August 22, 2007            By:      /s/ Michelle M. Umberger
                                    HELLER EHRMAN LLP
                                    Michelle M. Umberger (*Pro Hac Vice*)
                                    Michelle.Umberger@Hellerehrman.com
                                    One East Main Street, Suite 201
                                    Madison, WI 53703
                                    Telephone: (608) 663-7460
                                    Facsimile: (608) 663-7499

                                    Attorneys for Defendants/Counterclaimants and Third
                                    Party Plaintiffs MICRO THERAPEUTICS, INC.,
                                    DENDRON GmbH and ev3 INC.

DATED:   August 22, 2007            By:      /s/ Patrick E. Premo
                                    FENWICK & WEST LLP
                                    Patrick E. Premo (Bar No. 184915)
                                    ppremo@fenwick.com
                                    Silicon Valley Center
                                    801 California Street
                                    Mountain View, California 94041
                                    Telephone: (650) 988-8500

                                    Attorneys for Plaintiff/Counter-defendant
                                    THE REGENTS OF THE UNIVERSITY OF
                                    CALIFORNIA

# ORDER

**Pursuant to the stipulation, it is so ordered.**

Dated: August 22, 2007

*[signature: James Ware]*

The Honorable James Ware
United States District Judge