**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Regents of the University of California, | NO. C 03-05669 JW |
| Plaintiff/Counterclaim Defendant, | **INTERLOCUTORY JUDGMENT IN FAVOR OF THIRD PARTY DEFENDANTS** |
| v. | |
| Micro Therapeutics Inc., et al., | |
| Defendants/Counterclaimants/Third Party Plaintiffs | |
| v. | |
| Boston Scientific Corp., et al., | |
| Third Party Defendants. | |

Pursuant to the Court's August 22, 2007 Order Granting Plaintiff's Motion for Summary Judgment on Defendants' Third and Fourth Counterclaims for Alleged Antitrust Violations; Granting Third-Party Defendant Boston's Motion for Summary Judgment, judgment is entered in favor of Third Party Defendants Boston Scientific Corporation and Target Therapeutics, Inc., against Defendants and Third Party Plaintiffs Micro Therapeutics Inc. and its wholly owned subsidiary Dendron GmbH.

Each party shall bear their own fees and costs.

Dated: August 22, 2007

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Allison H Stiles astiles@goodwinprocter.com
Amanda Marie Kessel akessel@goodwinprocter.com
3  Autumn Noelle Nero autumn.nero@hellerehrman.com
Charlene M. Morrow cmorrow@fenwick.com
4  Charles G. Curtis ccurtis@hewm.com
Chien-Ju Alice Chuang achuang@fenwick.com
5  Christopher T. Holding cholding@goodwinprocter.com
Colin G. Sandercock csandercock@proskauer.com
6  David Edwin Jones dejones@hewm.com
David J. Harth dharth@hewm.com
7  David L. Anstaett david.anstaett@hellerehrman.com
Gabrielle E. Bina gbina@hewm.com
8  Henry Zuzueta Carbajal hcarbajal@fenwick.com
J. Anthony Downs jdowns@goodwinprocter.com
9  John S. Skilton jskilton@hewm.com
John S. Skilton jskilton@hewm.com
10 Julie Lynn Fieber jfieber@flk.com
Lissa Rose Koop Lissa.Koop@Hellerehrman.com
11 Lynn H. Pasahow lpasahow@fenwick.com
Michael Francis Kelleher mkelleher@flk.com
12 Michael G. Strapp mstrapp@goodwinprocter.com
Michael J. Shuster mshuster@fenwick.com
13 Michael K. Plimack mplimack@hewm.com
Michelle M. Umberger mumberger@hewm.com
14 Nicole Elise Perroton nperroton@goodwinprocter.com
Patrick E. Premo ppremo@fenwick.com
15 Patrick S. Thompson pthompson@goodwinprocter.com
Paul F. Ware pware@goodwinprocter.com
16 Rita A. Hao rita.hao@ucop.edu
Roland Schwillinski rschwillinski@goodwinprocter.com
17 Sarah C. Walkenhorst swalkenhorst@hewm.com
Wendy Lynn Bjerknes Wbjerknes@fenwick.com
18
**Dated: August 22, 2007**                               **Richard W. Wieking, Clerk**
19

20                                                        **By:   /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
21                                                                **Courtroom Deputy**

22

23

24

25

26

27

28