IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Regents of the University of California,<br><br>        Plaintiff,<br>  v.<br><br>Micro Therapeutics, Inc. and Dendron GmbH,<br><br>        Defendants.<br>                                         / | NO. C 03-05669 JW<br><br>**ORDER RE: DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE SEEBORG'S ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL** |

Before the Court is Defendants' Objection to and Motion for Review of Magistrate Judge Seeborg's Order Granting Plaintiff's Motion to Compel and Request for Stay. (See Docket Item No. 868.) On August 9, 2007, Magistrate Judge Seeborg granted Plaintiff's motion to compel Defendants to produce attorney billing records reflecting the attorney fees Defendants has incurred in the defense of this action. (hereafter, "Order," Docket Item No. 853.) Judge Seeborg found that since Defendants have identified those fees as the sole basis of their damages under their antitrust counterclaims, the production of the records with good-faith redactions of privilege is appropriate. (Order at 1-2.)

In light of the Court's August 22, 2007 Order granting, *inter alia*, Plaintiff's motion for summary judgment on Defendants' antitrust counterclaims, the billing records sought by Plaintiff are no longer relevant. Accordingly, the Court VACATES Judge Seeborg's August 9, 2007 Order to Compel. To the extent Plaintiff believes that Defendants' attorney billing records are relevant to other damages claimed, Plaintiff may renew its motion before Judge Seeborg.

Dated: August 23, 2007

                                                                             JAMES WARE
                                                                             United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Charles G. Curtis ccurtis@hewm.com
Chien-Ju Alice Chen achen@Fenwick.Com
Christopher T. Holding cholding@goodwinprocter.com
Colin G. Sandercock csandercock@proskauer.com
David J. Harth dharth@hewm.com
Gabrielle E. Bina gbina@hewm.com
J. Anthony Downs jdowns@goodwinprocter.com
John S. Skilton jskilton@hewm.com
John S. Skilton jskilton@hewm.com
Julie Lynn Fieber jfieber@flk.com
Lynn H. Pasahow lpasahow@fenwick.com
Michael Francis Kelleher mkelleher@flk.com
Michael J. Shuster mshuster@fenwick.com
Michael K. Plimack mplimack@hewm.com
Michelle M. Umberger mumberger@hewm.com
Patrick E. Premo ppremo@fenwick.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Sarah C. Walkenhorst swalkenhorst@hewm.com
Wendy Lynn Bjerknes Wbjerknes@fenwick.com

Dated:  August 23, 2007                             **Richard W. Wieking, Clerk**

                                                    **By:   /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**