IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Regents of the University of California, | NO. C 03-05669 JW |
| Plaintiff, | **ORDER RE: MOTIONS IN LIMINE** |
| v. | |
| Micro Therapeutics, Inc. and Dendron GmbH, | |
| Defendants. | |

In preparation for the two separate hearings set for the various motions in limine, the Court orders the parties to organize those motions as follows:

(1) Each side shall be responsible for producing a combined folder with all of the in limine motions, oppositions, and replies, respectively. The motion papers shall be clearly marked and separated in one single binder. The binder shall contain a table of contents, listing each motion with a short sentence regarding the grounds for in limine and a short sentence regarding the opposition; all must be supported by proper citations to the motions. The table of contents shall also be saved on a 3½ floppy disk to be attached inside the binder.

(2) Plaintiff is responsible for Round 1 of the motions and Defendants are responsible for Round 2.

(3) The Round 1 binder shall be delivered to the Court no later than **Wednesday, September 5, 2007** in preparation for the September 7, 2007 hearing.

(4) The Round 2 binder shall be delivered to the Court no later than **Thursday, September 20, 2007** in preparation for the September 24, 2007 hearing.

Dated: August 30, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Charles G. Curtis ccurtis@hewm.com
Chien-Ju Alice Chen achen@Fenwick.Com
Christopher T. Holding cholding@goodwinprocter.com
Colin G. Sandercock csandercock@proskauer.com
David J. Harth dharth@hewm.com
Gabrielle E. Bina gbina@hewm.com
J. Anthony Downs jdowns@goodwinprocter.com
John S. Skilton jskilton@hewm.com
John S. Skilton jskilton@hewm.com
Julie Lynn Fieber jfieber@flk.com
Lynn H. Pasahow lpasahow@fenwick.com
Michael Francis Kelleher mkelleher@flk.com
Michael J. Shuster mshuster@fenwick.com
Michael K. Plimack mplimack@hewm.com
Michelle M. Umberger mumberger@hewm.com
Patrick E. Premo ppremo@fenwick.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Sarah C. Walkenhorst swalkenhorst@hewm.com
Wendy Lynn Bjerknes Wbjerknes@fenwick.com

Dated:  August 30, 2007                    Richard W. Wieking, Clerk


                                           By:   /s/ JW Chambers
                                                 Elizabeth Garcia
                                                 Courtroom Deputy