[LIST OF COUNSEL APPEARS ON LAST PAGE]

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>    Defendant,<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>    Third Party Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC. a Delaware corporation,<br><br>    Third Party Defendants. | Case No. C 03 05669 JW (RS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET PRETRIAL DEADLINES FOR COURT TRIAL ON INEQUITABLE CONDUCT** |

Pursuant to the Pretrial Conference of September 7, 2007 and the Court's Order re: Final Pretrial Conference entered on September 12, 2007 (Dkt. No. 907), Plaintiff and Counterdefendant The Regents of the University of California ("The Regents"), Defendants and Counterclaimants Micro Therapeutics, Inc., Dendron GmbH, and ev3 Inc. (collectively "MTI") hereby stipulate to the following pretrial schedule for the court trial on inequitable conduct.

These deadlines shall supersede prior schedules entered by the Court on May 1, 2007 (Dkt. No. 602) and August 20, 2007 (Dkt. No. 861-2).

| INEQUITABLE CONDUCT PRETRIAL DISCLOSURES | DEADLINES |
|---|---|
| Last day for the parties to file and serve Motion(s) *In Limine* (Round 2), which will be limited to motions regarding the Inequitable Conduct court trial | September 14, 2007 |
| Last day for the parties to exchange:<br>(1) Initial witness list<br>(2) Initial deposition or other discovery excerpts<br>(3) Initial exhibit list<br>Note: Except those offered for impeachment or rebuttal | September 17, 2007 |
| Last day for the parties to file and serve any Opposition to Motion(s) *In Limine* (Round 2) | September 20, 2007 |
| Last day for the parties to serve objections to:<br>(1) Initial witness list<br>(2) Initial exhibit list<br>(3) Initial deposition or other discovery excerpts<br>Last day for the parties to identify counter-designations of deposition or other discovery excerpts | September 21, 2007 |
| Last day to file Joint Pretrial Conference Statement | September 24, 2007 |
| Hearing on the following:<br>(1) The Regents' Motion for Summary Judgment of Infringement<br>(2) Motion(s) *In Limine* (Round 2) | September 24, 2007 (4:00 p.m.)[1] |
| Last day for the parties to serve:<br>(1) Objections to counter-designations of deposition or other discovery excerpts<br>(2) Rebuttal deposition or other discovery designations | September 26, 2007 |

---

[1] The Court has indicated that if the case scheduled for trial on September 25, 2007 is resolved or continued, the hearings set for September 24, 2007 will be reset for September 25, 2007 at 9:00 a.m.

STIPULATION & [PROPOSED] ORDER TO SET DEADLINES FOR INEQUITABLE CONDUCT TRIAL — - 2 - — CASE NO. C 03 05669 JW (RS)

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| **INEQUITABLE CONDUCT PRETRIAL DISCLOSURES** | **DEADLINES** |
|---|---|
| Last day for the parties to serve objections on rebuttal deposition or other discovery designations<br><br>Last day for parties to meet-and-confer regarding trial exhibits and objections | September 28, 2007 |
| Exchange premarked exhibits | October 1, 2007 |
| Final Pretrial Conference; parties shall lodge the following:<br>(1) Final joint witness list<br>(2) Final joint exhibit list<br>(3) Lodge premarked exhibits and discovery excerpts (including deposition and written discovery excerpts) | October 2, 2007<br>(1:30 p.m.) |
| Parties shall file and serve trial briefs | October 9, 2007 |
| Court Trial; each party shall submit its proposed findings of fact and conclusions of law | October 16, 2007<br><br>Trial begins at 1:00 p.m. and continues through November 2, 2007 |

**IT IS SO STIPULATED.**

### ATTESTATION

Concurrence in the filing of this document has been obtained from the other signatories.

Dated: September 14, 2007    By:    **/s/ Patrick Premo**

Lynn H. Pasahow (SBN 054283)
Charlene M. Morrow (SBN 136411)
Patrick E. Premo (SBN 184915)
FENWICK & WEST LLP
Attorneys for Plaintiff/Counterdefendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

1 | Dated: September 14, 2007     By:    **/s/ David E. Jones**

John S. Skilton (*Pro Hac Vice*)
David J. Harth (*Pro Hac Vice*)
Michelle M. Umberger (*Pro Hac Vice*)
David E. Jones *(Pro Hac Vice)*
HELLER EHRMAN LLP
Attorneys for Defendants/Counterclaimants
MICRO THERAPEUTICS, INC. and DENDRON GMBH

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 26, 2007

_____
The Honorable James Ware
United States District Judge

*1272791*

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW