*E-FILED 10/12/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>       Plaintiff/Counterclaim Defendant,<br>v.<br><br>MICRO THERAPEUTICS, INC., et al,<br><br>       Defendants/Counterclaimants and Third Party Plaintiffs,<br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, et al.<br><br>       Third Party Defendants. | NO. C 03 05669 JW (RS)<br><br>**ORDER GRANTING MOTION TO COMPEL** |

Defendants' motion to compel filed on October 11, 2007 has been considered on shortened time pursuant to the parties' stipulation and the Court's order of the same date. The motion is GRANTED. Plaintiff's trial brief states its intention to prove that, "Mr. Dawes went above and beyond his obligations to the PTO during prosecution . . . . Although not required, Mr. Dawes even requested an independent prior art search, incorporating the results of that search into the patent application. No intent to deceive can be found in light of this evidence." Because the fact that Mr. Dawes commissioned an "independent prior art search" is being used as evidence of his good faith, plaintiff has squarely put in issue the materials it claims are privileged. Plaintiff is correct that

1

1  *relevance* is not a basis for piercing the privilege, but affirmative reliance gives rise to an implied
2  waiver.  See *Chevron Corp. v. Pennzoil Co.*, 974 F.2d 1156, 1162 (9th Cir. 1992) ("The privilege
3  which protects attorney-client communications may not be used both as a sword and a shield.
4  [Citation.] Where a party raises a claim which in fairness requires disclosure of the protected
5  communication, the privilege may be implicitly waived.")

6       Here, plaintiff cannot offer the fact of the search to prove Dawes's good faith (or, more
7  precisely, to rebut defendant's claims of inequitable conduct) while simultaneously shielding
8  information as to what he may have known about how that search was conducted and other such
9  matters.  Finally, the fact that defendants may have known about the search long ago does not make
10 the motion to compel untimely, given that it was brought promptly upon plaintiff's disclosure of its
11 intent to rely on the search in the manner described above.

13 IT IS SO ORDERED.
   Dated: October 12, 2007
14                               RICHARD SEEBORG
                                 United States Magistrate Judge

28 ORDER GRANTING MOTION TO COMPEL
   C 03 05669 JW (RS)

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

David L. Anstaett     david.anstaett@hellerehrman.com

Gabrielle E. Bina     gabrielle.bina@hellerehrman.com

Wendy Lynn Bjerknes     Wbjerknes@fenwick.com

Henry Zuzueta Carbajal , III     hcarbajal@fenwick.com, ssanford@fenwick.com

Carolyn Chang     cchang@fenwick.com, vschmitt@fenwick.com

Chien-Ju Alice Chuang     achuang@fenwick.com, dyoungman@fenwick.com

Charles G. Curtis , Jr     charles.curtis@hellerehrman.com

J. Anthony Downs     jdowns@goodwinprocter.com

Julie Lynn Fieber     jfieber@flk.com

Rita A. Hao     rita.hao@ucop.edu

David J. Harth     david.harth@hellerehrman.com, patricia.dean@hellerehrman.com, teresa.anders@hellerehrman.com, theresa.gresl@hellerehrman.com

David Edwin Jones     dejones@hewm.com

Michael Francis Kelleher     mkelleher@flk.com

Amanda Marie Kessel     akessel@goodwinprocter.com

Lissa Rose Koop     Lissa.Koop@Hellerehrman.com

Charlene Marie Morrow     cmorrow@fenwick.com

Autumn Noelle Nero     autumn.nero@hellerehrman.com, djmorgan@hellerehrman.com, Sarah.Stephens@hellerehrman.com

Lynn Harold Pasahow     lpasahow@fenwick.com, tchow@fenwick.com

Nicole Elise Perroton     nperroton@goodwinprocter.com, lthomas@goodwinprocter.com

Michael Kenneth Plimack     mplimack@hewm.com

Patrick Eugene Premo     ppremo@fenwick.com, kculp@fenwick.com, mguidoux@fenwick.com

Colin G. Sandercock     csandercock@proskauer.com, cherron@proskauer.com

Roland Schwillinski     rschwillinski@goodwinprocter.com

Michael Jeffrey Shuster     mshuster@fenwick.com, tthomas@fenwick.com

John S. Skilton     john.skilton@hellerehrman.com

ORDER GRANTING MOTION TO COMPEL
C 03 05669 JW (RS)

United States District Court
For the Northern District of California

1  Allison H Stiles    astiles@goodwinprocter.com

2  Michael G. Strapp    mstrapp@goodwinprocter.com

3  Patrick Shaun Thompson    pthompson@goodwinprocter.com

4  Michelle M. Umberger    michelle.umberger@hellerehrman.com, zina.seyferth@hellerehrman.com

5  Sarah C. Walkenhorst    swalkenhorst@hewm.com

6  Paul F. Ware , Jr    pware@goodwinprocter.com

7

8  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

9

10  **Dated: 10/12/07**                                             **Chambers of Judge Richard Seeborg**

11

12                                                                           **By:    /s/ BAK**

ORDER GRANTING MOTION TO COMPEL
C 03 05669 JW (RS)

4