LYNN H. PASAHOW (CSB No. 054283) (lpasahow@fenwick.com)
CHARLENE M. MORROW (CSB No. 136411) (cmorrow@fenwick.com)
PATRICK E. PREMO (CSB No. 184915) (ppremo@fenwick.com)
CAROLYN C. CHANG (CSB No. 217933) (cchang@fenwick.com)
C. J. ALICE CHUANG (CSB No. 228556) (achuang@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

CHARLES F. ROBINSON (CSB No. 113197) (charles.robinson@ucop.edu)
P. MARTIN SIMPSON (CSB No. 122867) (marty.simpson@ucop.edu)
RITA HAO (CSB No. 191693) (rita.hao@ucop.edu)
UNIVERSITY OF CALIFORNIA
1111 Franklin Street, 8th Floor
Oakland, CA 94607
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

Attorneys for Plaintiff/Counterdefendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, DENDRON GmbH, a German corporation, and ev3 INC., a Delaware corporation,<br><br>Defendants, | Case No. C 03 05669 JW (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' MOTION TO COMPEL IMMEDIATE PRODUCTION OF PLAINTIFF'S PATENTABILITY SEARCH AND CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable James Ware<br>Place: Courtroom 8, 4th Floor |
| MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC., a Delaware corporation,<br><br>Third Party Defendants | |

Plaintiff and Counterdefendant The Regents of the University of California ("The Regents") and Defendants and Counterclaimants Micro Therapeutics, Inc., Dendron GmbH, and ev3 Inc. (collectively "Defendants" or "MTI") hereby stipulate as follows.

1. On October 15, 2007, MTI filed a Motion to Compel Immediate Production of Plaintiff's Patentability Search and Related Documents Pursuant to Court's October 12, 2007 Order (Dkt. No. 947) ("Motion to Compel Immediate Production"), and supporting documents. Therein, MTI requested that the Court order immediate production of certain documents pursuant to Judge Seeborg's October 12, 2007 Order granting MTI's motion to compel (Dkt. No. 946) in light of the date of trial, originally set to begin on October 16, 2007, at 10:00 a.m. (*See* Dkt. No. 947, at 2:18-27.)

2. On October 16, 2007, the Court granted the parties' request for, and ordered, continuance of the trial date in this case. (Premo Decl.[1] ¶ 4.)

3. The parties therefore stipulate that any briefing, hearing or decision on MTI's Motion to Compel Immediate Production (Dkt. No. 947) is stayed until further order of the Court. (Premo Decl. ¶ 6.)

4. The parties further stipulate that enforcement of Judge Seeborg's October 12, 2007 Order granting MTI's motion to compel (Dkt. No. 946) is stayed until further order of the Court. (Premo Decl. ¶ 7.)

5. A Case Management Conference before the Court was originally set for November 20, 2007, but the parties would like to reset the Case Management Conference for Tuesday, December 4, 2007, at 10:00 a.m. (Premo Decl. ¶¶ 4-5.)

**IT IS SO STIPULATED.**

///
///
///
///

---

[1] "Premo Decl." refers to the Declaration of Patrick E. Premo in Support of Stipulation and [Proposed] Order Re Defendants' Motion to Compel Immediate Production of Plaintiff's Patentability Search and Case Management Conference, filed herewith.

STIPULATION AND [PROPOSED] ORDER RE DEFS.' MOT. TO COMPEL AND CASE MANAGEMENT CONF.   - 1 -   CASE NO. C 03 05669 JW (RS)

**ATTESTATION**

Concurrence in the filing of this document has been obtained from the other signatories.

Dated:  October 16, 2007     By:     **/s/Patrick E. Premo**
Lynn H. Pasahow (SBN 054283)
Charlene M. Morrow (SBN 136411)
Patrick E. Premo (SBN 184915)

FENWICK & WEST LLP

Attorneys for Plaintiff/Counterdefendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Dated:  October 16, 2007     By:     **/s/David E. Jones**
John S. Skilton (*pro hac vice*)
David E. Jones (*pro hac vice*)
Michelle M. Umberger (*pro hac vice*)

HELLER EHRMAN LLP

Attorneys for Defendants/Counterclaimants
MICRO THERAPEUTICS, INC. and DENDRON GMBH

1

**ORDER**

2

3    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Further Case Management Conference is continued from November 20, 2007 to **December 3,**

4

**2007 at 10 AM.**

5

Dated:  October 18, 2007         _____

6

JAMES WARE

7                                                          United States District Judge