1  LYNN H. PASAHOW (CSB No. 054283) (lpasahow@fenwick.com)
   CHARLENE M. MORROW (CSB No. 136411) (cmorrow@fenwick.com)
2  PATRICK E. PREMO (CSB No. 184915) (ppremo@fenwick.com)
   CAROLYN C. CHANG (CSB No. 217933) (cchang@fenwick.com)
3  C. J. ALICE CHUANG (CSB No. 228556) (achuang@fenwick.com)
   FENWICK & WEST LLP
4  Silicon Valley Center, 801 California Street
   Mountain View, CA  94041
5  Telephone:   (650) 988-8500
   Facsimile:    (650) 938-5200

6  CHARLES F. ROBINSON (CSB No. 113197) (charles.robinson@ucop.edu)
   P. MARTIN SIMPSON (CSB No. 122867) (marty.simpson@ucop.edu)
7  RITA HAO (CSB No. 191693) (rita.hao@ucop.edu)
   UNIVERSITY OF CALIFORNIA
8  1111 Franklin Street, 8th Floor
   Oakland, CA  94607
9  Telephone:   (510) 987-9800
   Facsimile:    (510) 987-9757
10

11 Attorneys for Plaintiff/Counterdefendant
   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

**DENIED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, DENDRON GmbH, a German corporation, and ev3 INC., a Delaware corporation,<br><br>Defendants, | Case No. C 03 05669 JW (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF'S MOTION FOR LEAVE AND TO SHORTEN TIME AND MOTION FOR RECONSIDERATION OF THE COURT'S OCTOBER 12, 2007 ORDER**<br><br>Judge:   Honorable Richard Seeborg<br>Place:   Courtroom 4, 5th Floor |
| MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC., a Delaware corporation,<br><br>Third Party Defendants | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Plaintiff and Counterdefendant The Regents of the University of California

2 ("The Regents") and Defendants and Counterclaimants Micro Therapeutics, Inc., Dendron

3 GmbH, and ev3 Inc. (collectively "Defendants" or "MTI") hereby stipulate as follows:

4    1.    On October 12, 2007, the Court issued an Order granting MTI's Motion to Compel

5 Plaintiff to Produce Documents Related to its Patentability Search (Dkt. No. 946).

6    2.    On October 15, 2007, The Regents filed its (1) Motion for Leave to File

7 Emergency Motion for Reconsideration of the Court's October 12, 2007 Order on Defendants'

8 Motion to Compel and Motion to Shorten Time (Dkt. No. 950) ("Motion for Leave and to

9 Shorten Time"), and (2) Motion for Reconsideration of the Court's October 12, 2007 Order on

10 Defendants' Motion to Compel (Dkt. No. 952) ("Motion for Reconsideration").  Therein, The

11 Regents requested that the Court reconsider and vacate its October 12, 2007 Order (*see* Dkt. No.

12 952, at 1:1-22), and decide The Regents' motions in consideration of the imminent date of trial,

13 originally set to begin on October 16, 2007, at 10:00 a.m. (Dkt. No. 950, at 3:6-21.)

14   3.    On October 16, 2007, the District Court granted the parties' request for, and

15 ordered continuance of the trial date in this case.  (Premo Decl.[1] ¶ 4.)

16   4.    The parties therefore stipulate that any briefing, hearing or decision on The

17 Regents' Motion for Leave and to Shorten Time (Dkt. No. 950) and its Motion for

18 Reconsideration (Dkt. No. 952) is stayed until further order of the Court.  (Premo Decl. ¶ 6.)  The

19 parties further note that the Court's October 16, 2007 Minute Order (Dkt. No. 954) states

20 "Plaintiff's motion to reconsider order issued 10/12/07 to be held in abeyance."

21   5.    The parties stipulate that enforcement of the Court's October 12, 2007 Order (Dkt.

22 No. 946) is stayed until further order of the Court. (Premo Decl. ¶ 7.)

23   6.    A Case Management Conference before Judge Ware was originally set for

24 November 20, 2007, but the parties have requested that the Case Management Conference be

25 reset for Tuesday, December 4, 2007, at 10:00 a.m.  (Premo Decl. ¶¶ 4-5.)

26 / / /

27

---

[1] "Premo Decl." refers to the Declaration of Patrick E. Premo in Support of Stipulation and [Proposed] Order Re Plaintiff's Motion for Leave and to Shorten Time and Motion for Reconsideration of the Court's October 12, 2007 Order, filed herewith.

STIP. & [PROPOSED] ORDER RE PL.'S MOT. FOR        - 1 -        CASE NO. C 03 05669 JW (RS)
LEAVE AND TO SHORT. TIME AND MOT. FOR RECON.

1     **IT IS SO STIPULATED.**

2                                 **ATTESTATION**

3     Concurrence in the filing of this document has been obtained from the other signatories.

4 Dated: October 16, 2007     By:     **/s/Patrick E. Premo**

Lynn H. Pasahow (SBN 054283)
Charlene M. Morrow (SBN 136411)
Patrick E. Premo (SBN 184915)

FENWICK & WEST LLP

Attorneys for Plaintiff/Counterdefendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

10 Dated: October 16, 2007     By:     **/s/David E. Jones**

John S. Skilton (*pro hac vice*)
David E. Jones (*pro hac vice*)
Michelle M. Umberger (*pro hac vice*)

HELLER EHRMAN LLP

Attorneys for Defendants/Counterclaimants
MICRO THERAPEUTICS, INC. and DENDRON GMBH

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIP. & [PROPOSED] ORDER RE PL.'S MOT. FOR
LEAVE AND TO SHORT. TIME AND MOT. FOR RECON.
- 2 -
CASE NO. C 03 05669 JW (RS)

# ORDER

This Stipulation is DENIED without prejudice to being renew after the Further Case Management Conference currently set for **December 3, 2007 at 10 AM.**

Dated: October 18, 2007

_____
JAMES WARE
United States District Judge
FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIP. & [PROPOSED] ORDER RE PL.'S MOT. FOR LEAVE AND TO SHORT. TIME AND MOT. FOR RECON.   - 3 -   CASE NO. C 03 05669 JW (RS)