1    [LIST OF COUNSEL APPEARS ON LAST PAGE]

**DENIED WITHOUT PREJUDICE**

*James Ware*

Judge James Ware

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11   THE REGENTS OF THE UNIVERSITY OF              Case No. C 03 05669 JW (RS)
     CALIFORNIA,
12                                                  **JOINT STIPULATION AND [PROPOSED]
                        Plaintiff,                  ORDER RE OBJECTIONS TO TRIAL
13                                                  WITNESSES, EXHIBITS, AND DEPOSITION
            v.                                      DESIGNATIONS; PROTOCOL FOR
14                                                  WITNESS DISCLOSURE AT TRIAL**
     MICRO THERAPEUTICS, INC., a Delaware
     corporation, and DENDRON GmbH, a German
15   corporation,

16                      Defendant,

17   MICRO THERAPEUTICS, INC., a Delaware
     corporation, and DENDRON GmbH, a German
18   corporation,

19                      Third Party Plaintiffs,

20          v.

21   BOSTON SCIENTIFIC CORPORATION,
     a Delaware corporation, and TARGET
22   THERAPEUTICS, INC. a Delaware corporation,

23                      Third Party Defendants.

24

25          Plaintiff and Counterdefendant The Regents of the University of California ("The Regents")

26   and Defendants and Counterclaimants Micro Therapeutics, Inc., Dendron GmbH, and ev3 Inc.

27   (collectively "MTI") hereby stipulate to the following in anticipation of the inequitable conduct

28   court trial scheduled to begin on October 16, 2007.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    1.    Any party continuing to object to trial exhibits, witness lists, and/or deposition

2  designations shall serve on the disclosing party a brief statement of the objection by October 8, 2007.

3  Any response shall be served by October 12, 2007.  Each party will submit their proffered evidence

4  along with the objections and responses to the Court by October 16, 2007.

5    2.    The parties agree to the following disclosure protocol during trial:  by 8:00 p.m. two

6  calendar days in advance of testimony, the parties will disclose in writing the identity of the

7  testifying witness or witnesses along with any trial exhibits and demonstratives that the party

8  intends to use with that witness; at 8:00 p.m. the day before testifying, the responding party shall

9  disclose in writing any objections to the proffered testimony, trial exhibits and/or demonstratives.

10    3.    The parties' stipulation is intended to supplement the Court's Order Re: Final

11  Pretrial Conference (Dkt. No. 907) dated September 12, 2007.  To the extent there is any conflict,

12  the present stipulation will govern.

13    **IT IS SO STIPULATED.**

14    **ATTESTATION**

15  Concurrence in the filing of this document has been obtained from the other signatories.

16

17

18  Dated: October 1, 2007    By:    **/s/ Patrick Premo**

19        Lynn H. Pasahow (SBN 054283)
        Charlene M. Morrow  (SBN 136411)
20        Patrick E. Premo (SBN 184915)
        FENWICK & WEST LLP
21        Attorneys for Plaintiff/Counterdefendant
        THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

22  Dated: October 1, 2007    By:    **/s/ David E. Jones**

23        John S. Skilton (*Pro Hac Vice*)
24        David J. Harth (*Pro Hac Vice*)
        Michelle M. Umberger (*Pro Hac Vice*)
25        David E. Jones (*Pro Hac Vice*)
        HELLER EHRMAN LLP
26        Attorneys for Defendants/Counterclaimants
        MICRO THERAPEUTICS, INC. and DENDRON GMBH

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

## ORDER

2

       In light of the continuance of the trial, the Court DENIES this Stipulation

3

without prejudice to being renewed once the trial recommences.

4

Dated:  October _22_, 2007

5

                           The Honorable James Ware

6

                           United States District Judge

7

                                   *1273831*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW