1 [List of Counsel Appears on Last Page]

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, DENDRON GmbH, a German corporation, and ev3 INC., a Delaware corporation,<br><br>Defendant, | Case No. C 03 05669 JW (RS)<br><br>**JOINT CASE MANAGEMENT STATEMENT PURSUANT TO THE COURT'S DECEMBER 3, 2007 MINUTE ORDER**<br><br>**ORDER CONTINUING STATUS CONFERENCE RE: SETTLEMENT** |
| MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC. a Delaware corporation,<br><br>Third Party Defendants. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

The parties jointly submit this Case Management Statement pursuant to the Court's December 3, 2007 Minute Order (Dkt. No. 971). Plaintiff and Counterdefendant The Regents of the University of California and Defendants and Counterclaimants Micro Therapeutics, Inc., Dendron GmbH and ev3 Inc. ("MTI"), have reached a settlement agreement in principle that would resolve the pending patent litigation. They are in the process of finalizing the written settlement agreement, which incorporates separate agreements between MTI and Third Party Defendants Boston Scientific Corporation and Target Therapeutics, Inc. The parties anticipate that they will have a draft that is ready to be signed within the next ten to fifteen days. They expect they will have a stipulated dismissal filed on or before January 30, 2008.

Dated: January 4, 2008      By:      **/s/ Patrick Premo**
Lynn H. Pasahow (SBN 054283)
Patrick E. Premo (SBN 184915)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 335-7460
Attorneys for Plaintiff/Counterdefendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Dated: January 4, 2008      By:      **/s/ Michelle Umberger**
John S. Skilton (*Pro Hac Vice*)
Michelle M. Umberger (*Pro Hac Vice*)
HELLER EHRMAN LLP
One East Main Street, Suite 201
Madison, Wisconsin 53703
Telephone (608) 663-7460
Attorneys for Defendants/Counterclaimants
MICRO THERAPEUTICS, INC., DENDRON GMBH AND EV3 INC.

**\*\*\* ORDER \*\*\***

Pursuant to the representations above, the Court continues the Status Conference Re: Settlement to give the parties sufficient time to complete their settlement papers and file the appropriate stipulated dismissal. The Court continues the Status Conference from January 14, 2008 to **February 11, 2008 at 10 A.M**. If the Stipulated Dismissal is filed on or before February 4, 2008, the Status Conference will be vacated. If a dismissal is not on file, the parties shall file a Joint Statement informing the Court of the status of the case on or before **February 4, 2008.**

Dated: January 10, 2008      _____
JAMES WARE
United States District Judge