\*E-FILED\*
**February 14, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

   Plaintiffs,

v.

MICRO THERAPEUTICS, INC., et al.

   Defendants.
_____/

No. C 03-05669 JW (RS)

**SETTLEMENT CONFERENCE ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

  The above matter was referred to Magistrate Judge Richard Seeborg for Settlement Conference. You are hereby notified that the conference is scheduled for **March 31, 2008 at 9:30 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

  No later than seven (7) calendar days before the Settlement Conference, the parties shall submit, either jointly or separately, a letter describing the remaining settlement issues. The letter(s) shall be faxed to chambers at 408/535-5354.

  Any request to continue the Settlement Conference shall be submitted in writing as soon as possible after consultation with the opposing party. Submission by facsimile is acceptable at facsimile number 408/535-5354.

The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for Settlement Conference.

IT IS SO ORDERED.

Dated: February 14, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

David L. Anstaett  david.anstaett@hellerehrman.com

Gabrielle E. Bina  gabrielle.bina@hellerehrman.com

Wendy Lynn Bjerknes  Wbjerknes@fenwick.com

Henry Zuzueta Carbajal , III  hcarbajal@fenwick.com, ssanford@fenwick.com

Carolyn Chang  cchang@fenwick.com, vschmitt@fenwick.com

Chien-Ju Alice Chuang  achuang@fenwick.com, dyoungman@fenwick.com

Charles G. Curtis , Jr  charles.curtis@hellerehrman.com

J. Anthony Downs  jdowns@goodwinprocter.com

Julie Lynn Fieber  jfieber@flk.com

Rita A. Hao  rita.hao@ucop.edu

David J. Harth  david.harth@hellerehrman.com, patricia.dean@hellerehrman.com, teresa.anders@hellerehrman.com, theresa.gresl@hellerehrman.com

David Edwin Jones  dejones@hewm.com

Michael Francis Kelleher  mkelleher@flk.com

Amanda Marie Kessel  akessel@goodwinprocter.com

Lissa Rose Koop  Lissa.Koop@Hellerehrman.com

Charlene Marie Morrow  cmorrow@fenwick.com

Autumn Noelle Nero  autumn.nero@hellerehrman.com, djmorgan@hellerehrman.com, Sarah.Stephens@hellerehrman.com

Lynn Harold Pasahow  lpasahow@fenwick.com, tchow@fenwick.com

Nicole Elise Perroton  nperroton@goodwinprocter.com, lthomas@goodwinprocter.com

Michael Kenneth Plimack  mplimack@hewm.com

Patrick Eugene Premo  ppremo@fenwick.com, kculp@fenwick.com, mguidoux@fenwick.com

Colin G. Sandercock  csandercock@proskauer.com, cherron@proskauer.com

Roland Schwillinski  rschwillinski@goodwinprocter.com

Michael Jeffrey Shuster  mshuster@fenwick.com, tthomas@fenwick.com

John S. Skilton    john.skilton@hellerehrman.com

Allison H Stiles    astiles@goodwinprocter.com

Michael G. Strapp    mstrapp@goodwinprocter.com

Patrick Shaun Thompson    pthompson@goodwinprocter.com

Michelle M. Umberger    michelle.umberger@hellerehrman.com, zina.seyferth@hellerehrman.com

Sarah C. Walkenhorst    swalkenhorst@hewm.com

Paul F. Ware , Jr    pware@goodwinprocter.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: February 14, 2008

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:    /s/ *BAK*

4