1  [List of Counsel Appears Below]



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, DENDRON GmbH, a German corporation, and ev3 Inc., a Delaware corporation,<br><br>    Defendants and Counterclaim<br>    And Third Party Plaintiffs,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC., a Delaware corporation,<br><br>    Third Party Defendants. | Case No. C-03-05669 JW (RS)<br><br>**STIPULATION OF DISMISSAL BETWEEN THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, MTI, AND BOSTON SCIENTIFIC, AND [PROPOSED] ORDER** |

STIPULATION OF DISMISSAL AND
[PROPOSED ORDER]

CASE NO. C-03-05669 JW (RS)

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and 41(c), Plaintiff and Counterclaim Defendant The Regents of the University of California ("The Regents"), Defendants, Counterclaim Plaintiffs, and Third Party Plaintiffs Micro Therapeutics, Inc., ev3 Inc., and Dendron GmbH (collectively "MTI"), and Third Party Defendants Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific"), by their undersigned counsel, hereby stipulate and agree to the following Stipulation of Dismissal (the "Dismissal Stipulation"):

1. This Court has jurisdiction over the parties to this Dismissal Stipulation and the subject matter of this action.

2. The Regents owns U.S. Patent Nos. 5,122,136; 5,354,295; 5,540,680; 5,855,578; 5,895,385; 5,925,037; 5,976,126; 5,947,962; 5,947,963; 6,083,220, 6,010,498; and 6,066,133 (collectively the "patents-in-suit"). Boston Scientific is the exclusive licensee of the patents-in-suit.

3. MTI hereby agrees that the patents-in-suit are in all respects valid and enforceable and further agrees that it will not challenge the validity or enforceability of the patents-in-suit. The parties agree that MTI makes no admission of infringement as to any claim made by The Regents.

4. The above-entitled action, including all claims and counterclaims, shall be dismissed in its entirety, with prejudice.

5. The Regents and MTI respectfully request that the Court expressly retain jurisdiction over The Regents and MTI for the purposes of enforcing the settlement agreement between them executed on March 21, 2008 ("the Settlement Agreement"). The parties hereto waive all right to appeal from this Stipulation and dismissal.

6. Each party shall bear its own costs and attorneys' fees.

///
///
///
///
///
///
///

1 **IT IS SO STIPULATED.**

2 Consent to the entry of the foregoing dismissal is hereby acknowledged.

3

4 DATED: April 4, 2008        By:        /s/ Michelle M. Umberger

5                                             Michelle M. Umberger

6                                         HELLER EHRMAN LLP
                                            John S. Skilton (*Pro Hac Vice*)
7                                           John.Skilton@Hellerehrman.com
                                            David J. Harth (*Pro Hac Vice*)
8                                           David.Harth@Hellerehrman.com
                                            Michelle M. Umberger (*Pro Hac Vice*)
9                                           Michelle.Umberger@Hellerehrman.com
                                            One East Main Street, Suite 201
10                                          Madison, WI 53703
                                            Telephone: (608) 663-7460
11                                          Facsimile: (608) 663-7499

12
                                            Attorneys for Defendants/Counterclaimants and
13                                          Third Party Plaintiffs
                                            MICRO THERAPEUTICS, INC.,
14                                          DENDRON GmbH, and ev3 INC.

15

16 DATED: April 4, 2008       By:         /s/ Patrick E. Premo
                                            Patrick E. Premo
17
                                            FENWICK & WEST LLP
18                                          Lynn H. Pasahow (Bar No. 054283)
                                            lpasahow@fenwick.com
19                                          Charlene M. Morrow (Bar No. 136411)
                                            cmorrow@fenwick.com
20                                          Patrick E. Premo (Bar No. 184915)
                                            ppremo@fenwick.com
21                                          Silicon Valley Center
                                            801 California Street
22                                          Mountain View, California 94041
                                            Telephone: (650) 988-8500
23

24                                          Attorneys for Plaintiff/Counter-defendant
                                            THE REGENTS OF THE UNIVERSITY OF
25                                          CALIFORNIA

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION OF DISMISSAL AND            - 3 -                    CASE NO. C-03-05669 JW (RS)
[PROPOSED ORDER]

| | | |
|---|---|---|
| DATED: April 4, 2008 | By: | **/s/ Patrick S. Thompson** |
| | | Patrick S. Thompson |

Patrick S. Thompson
pthompson@goodwinprocter.com
GOODWIN PROCTER LLP
101 California Street, Suite 1850
San Francisco, CA 94111
Telephone:  (415) 733-6000

Attorneys for Third Party Defendants
BOSTON SCIENTIFIC and TARGET
THERAPEUTICS, INC.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED AND ADJUDGED THAT** the above-captioned action, including all claims and counterclaims, is hereby dismissed in its entirety, on the merits, with prejudice and without costs to any party.

This Court shall retain personal and exclusive jurisdiction over The Regents and MTI for the limited purpose of enforcing or interpreting any portion of the Settlement Agreement between The Regents and MTI.  Said jurisdiction may be invoked by or against any party hereto by filing a limited request to re-open Case No. C-03-05669 JW (RS), which request shall specifically identify the Settlement Agreement provision in question and the nature of the dispute or disagreement.

In light of this Order, the Status Conference presently scheduled for April 7, 2008 is VACATED.  The Clerk shall close this file.

Dated:  _____April 4_ , 2008         _____
                                             The Honorable James Ware
                                             United States District Judge

*1277260*